JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

*Attorneys for Defendants*
*Marqeta, Inc., Simon Khalaf, and Michael Milotich*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILSON WAI, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>    Defendants. | Case No. 4:24-cv-08874-YGR<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 9, 2024 |
| DAVID FORD, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>    Defendants. | Case No. 4:24-cv-08892-YGR<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 10, 2024 |

Defendants Marqeta, Inc. (the "Company"), Simon Khalaf, and Michael Milotich (collectively, "Defendants") hereby submit this Unopposed Administrative Motion (the "Motion"), pursuant to Civil Local Rules 3-12 and 7-11, to consider whether *Ford v. Marqeta, Inc., et al.*, Case No. 4:24-cv-08892-YGR (the "Ford Action"), should be related to *Wai v. Marqeta, Inc., et al.*, Case No. 4:24-cv-08874-YGR (the "Wai Action," and with the Ford Action, the "Actions"), both now pending before this Court.

Under Civil Local Rule 3-12(a), cases are related when they (1) "concern substantially the same parties, property, transaction or event"; and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Here, both criteria are met:

First, the Actions are both putative class actions on behalf of similarly defined classes against the same defendants, concerning substantially similar facts and circumstances and seeking substantively identical relief. The complaints both allege that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 by making false and/or misleading statements and/or failing to disclose risks relating to the Company's financial performance and regulatory environment. *See* Declaration of Alexander K. Talarides in Support of Motion ("Talarides Decl."), Exs. A & B.

Second, in light of these common issues of law and fact, there would be an unduly burdensome duplication of labor and expense and potentially conflicting results if the Actions were conducted before different judges. Defendants note, however, that both Actions were already assigned before this Court.[1]

Plaintiffs Wai and Ford, through their counsel, have expressed that they do not oppose this Motion. *See* Talarides Decl. ¶¶ 4-5.

For the foregoing reasons, Defendants respectfully request that the Court enter an order relating the Actions, pursuant to Civil Local Rule 3-12.

---

[1] Accordingly, Defendants do not request any reassignments of the Actions.

Dated:  January 3, 2025

**ORRICK HERRINGTON & SUTCLIFFE LLP**

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

JAMES N. KRAMER
ALEXANDER K. TALARIDES
TRISTAN K. ALLEN
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
E-mail: jkramer@orrick.com
       atalarides@orrick.com
       tallen@orrick.com

*Counsel for Defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich*

DEFENDANTS' UNOPPOSED
ADMINISTRATIVE MOTION TO RELATE
CASES - CASE NOS. 24CV8874 & 24CV8892