JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      (415) 773-5700
Facsimile:      (415) 773-5759

*Attorneys for Defendants*
*Marqeta, Inc., Simon Khalaf, and Michael Milotich*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILSON WAI, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>                    Defendants. | Case No. 4:24-cv-08874-YGR<br><br>**DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 9, 2024 |
| DAVID FORD, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>                    Defendants. | Case No. 4:24-cv-08892-YGR<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 10, 2024 |

I, Alexander K. Talarides, declare as follows:

1. I am a partner at Orrick, Herrington, & Sutcliffe LLP, and counsel for Defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich ("Defendants"). I submit this Declaration in support of Defendants' Unopposed Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12 (the "Motion"). I have personal knowledge of the matters set forth in this Declaration, and if called upon to do so I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed in this action, *Wai v. Marqeta, Inc., et al.*, Case No. 4:24-cv-08874-YGR (the "Wai Action").

3. Attached hereto as **Exhibit B** is a true and correct copy of the Complaint filed in the action captioned *Ford v. Marqeta, Inc., et al.*, Case No. 4:24-cv-08892-YGR (the "Ford Action").

4. My colleague Tristan Allen conferred with Laurence M. Rosen and Phillip Kim of The Rosen Law Firm, P.A, counsel for the plaintiff in the *Wai* Action, by email between December 26, 2024 and January 3, 2025, in connection with the Motion. Mr. Kim advised us that Mr. Wai does not oppose the Motion.

5. My colleague Tristan Allen conferred with Adam M. Apton of Levi & Korsinsky LLP, counsel for the plaintiff in the *Ford* Action, by email on December 26, 2024, in connection with the Motion. Mr. Apton advised us that Mr. Ford does not oppose the Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2025 in San Francisco, California.

_/s/ Alexander K. Talarides_
ALEXANDER K. TALARIDES