JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

*Attorneys for Defendants*
*Marqeta, Inc., Simon Khalaf, and Michael Milotich*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILSON WAI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>Defendants. | Case No. 4:24-cv-08874-YGR<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 9, 2024 |
| DAVID FORD, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>Defendants. | Case No. 4:24-cv-08892-YGR<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 10, 2024 |

Before the Court is the Unopposed Administrative Motion to Consider Whether Cases Should be Related filed by Defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich ("Defendants") on January 3, 2025 pursuant to Civil Local Rule 3-12 (the "Motion"). The Court, having fully considered the papers and pleadings on file and submitted herewith, and good cause appearing, HEREBY ORDERS as follows:

1.    The Motion is **GRANTED**;

2.    Pursuant to Civ. L.R. 3-12, the action captioned *Ford v. Marqeta, Inc., et al.*, Case No. 4:24-cv-08892-YGR is deemed related to the action captioned *Wai v. Marqeta, Inc., et al.*, Case No. 4:24-cv-08874-YGR.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED
ADMINISTRATIVE MOTION TO RELATE
CASES - CASE NOS. 24CV8874 & 24CV8892