JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

*Attorneys for Defendants*
*Marqeta, Inc., Simon Khalaf, and Michael Milotich*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILSON WAI, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>                    Defendants. | Case No. 4:24-cv-08874-YGR<br><br>**PROOF OF SERVICE OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 9, 2024 |
| DAVID FORD, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>                    Defendants. | Case No. 4:24-cv-08892-YGR<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 10, 2024 |

I am employed in the County of King, State of Washington.  I am over the age of eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 701 Union Steet, Suite 3300, Settle, Washington 98101.

On January 3, 2025, I served the following documents entitled:

- Unopposed Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12;

- Declaration of Alexander K. Talarides in Support of Unopposed Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12 with Exhibits A & B; and

- [Proposed] Order Granting Unopposed Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12

on all interested parties to Case Nos. 4:24-cv-08874-YGR and 4:24-cv-08892-YGR in the matter described below:

Adam Marc Apton
Levi & Korsinsky, LLP
1160 Battery Street East, Suite 100
San Francisco, CA 94111
(415) 373-1671
Email: aapton@zlk.com

Counsel for Plaintiff David Ford

☒    (VIA EMAIL) I caused to be transmitted by electronic mail the documents listed above to the electronic address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 3, 2025 at Bellevue, Washington.

*/s/ Miwako Burleigh*
Miwako Burleigh

PROOF OF SERVICE
CASE NOS. 24CV8874 & 24CV8892