JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      (415) 773-5700
Facsimile:      (415) 773-5759

*Attorneys for Defendants*
*Marqeta, Inc., Simon Khalaf, and Michael Milotich*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILSON WAI, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>    Defendants. | Case No. 4:24-cv-08874-YGR<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER CONTINUING DATES OF RESPONSE AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 9, 2024 |

WHEREAS, on December 9, 2024, plaintiff Wilson Wai ("Plaintiff") filed a putative class action complaint (the "Complaint") alleging violations of the federal securities laws against defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich (collectively, "Defendants," and with Plaintiff, the "Parties");

WHEREAS, Defendants agree to accept service, and waive formal service of process, of the Complaint;

WHEREAS, on December 10, 2024, this Court issued an order (the "December 10, 2024 Order") establishing: (1) a Rule 26(f) conference and ADR certification deadline of February 18, 2025; (2) an initial disclosures and joint case management statement deadline of March 3, 2025; and (3) an initial case management conference date of March 10, 2025 (ECF No. 6);

WHEREAS, the Complaint asserts claims for relief under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and is accordingly governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and its procedures for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3);

WHEREAS, the PSLRA provides that: (1) the plaintiff who files a securities class action shall publish notice to the purported class within 20 days of filing the action informing the class members of their right to seek appointment as lead plaintiff; (2) not later than 60 days after the date on which the notice is published, any member of the putative class may move the court to serve as lead plaintiff of the purported class; and (3) the court shall appoint lead plaintiff and lead counsel. *See* 15 U.S.C. § 78u-4(a)(3)(A) & (B);

WHEREAS, counsel for Plaintiff published notice of the Complaint pursuant to the PSLRA on December 9, 2024 (the "Notice");

WHEREAS, the publication of Notice established a deadline of February 7, 2025, for class members to file motions with the Court seeking appointment as lead plaintiff;

WHEREAS, after the Court appoints a lead plaintiff, the lead plaintiff will need to file an amended complaint or otherwise designate the operative complaint, and Defendants anticipate moving to dismiss such amended complaint or operative complaint;

1                    STIPULATION AND [~~PROPOSED~~]
ORDER CONTINUING DATES,
CASE NO. 4:24-cv-08874-YGR

WHEREAS, under the PSLRA, all discovery and any other related proceedings are automatically stayed during the pendency of any motion to dismiss. *See* 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, another related securities fraud class action is currently pending before this Court, captioned *Ford v. Marqeta, Inc., et al.*, Case No. 4:24-cv-08892-YGR (N.D. Cal.), and arises out of the same facts and circumstances as this action;

WHEREAS, the PSLRA provides that if more than one action on behalf of a class asserts substantially the same claim or claims, and any party has sought to consolidate those actions for pretrial purposes or for trial, the court shall not make its determination as to the appointment of lead plaintiff until after it has consolidated the related cases. *See* 15 U.S.C. § 78u-4(a)(3)(B);

WHEREAS, given the lead plaintiff appointment process established by the PSLRA, the Parties agree that, in the interest of judicial economy, the Defendants should not be required to move to dismiss or otherwise respond to the Complaint in this action pending appointment of a lead plaintiff and the subsequent filing of an amended complaint or designation of an operative complaint.

WHEREAS, given the automatic discovery stay established by the PSLRA, the Parties agree that, in the interest of judicial economy, the deadlines established by the December 10, 2024 Order should be vacated or continued until after Defendants' anticipated motion(s) to dismiss have been resolved;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, subject to approval of the Court, as follows:

1.      By agreeing to accept service or waive formal service of process of the Complaint, the Defendants do not waive any rights, defenses, or arguments with the sole exception of arguments based on insufficient service of process.

2.      Defendants do not have any obligation to answer or otherwise respond to the Complaint pending appointment of a lead plaintiff and the lead plaintiff's filing of an amended complaint or designation of an operative complaint.

STIPULATION AND [~~PROPOSED~~]
ORDER CONTINUING DATES,
CASE NO. 4:24-cv-08874-YGR

3.    The deadlines set forth in the Court's December 10, 2024 Order will be vacated and rescheduled by the Court after the Court rules on Defendants' anticipated motion(s) to dismiss, as the Court determines to be appropriate.

4.    Within fourteen (14) days of the Court appointing a lead plaintiff, the parties will meet and confer and submit to the Court a proposed schedule with deadlines for the filing of an amended complaint or designation of an operative complaint and for Defendants to respond thereto (by answer, motion or otherwise).

5.    The Parties to this stipulation agree that the existence of this stipulation, the filing of this stipulation, the terms thereof, and the entry of any party into this stipulation shall not be used as evidence either in support of or against any argument or defense that the Parties may later make or raise, including with respect to discovery, other than with respect to the sufficiency of service of process.  The Parties reserve all of their rights.

**IT IS SO STIPULATED.**

Dated:  January 3, 2025                          **ORRICK HERRINGTON & SUTCLIFFE LLP**

*/s/ Alexander K. Talarides*
Alexander K. Talarides

James N. Kramer
Alexander K. Talarides
Tristan K. Allen
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
E-mail: jkramer@orrick.com
            atalarides@orrick.com

*Counsel for Defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich*

Dated:  January 3, 2025                    **THE ROSEN LAW FIRM, P.A.**


                                           */s/ Laurence M. Rosen*
                                           Laurence M. Rosen

                                           Laurence M. Rosen
                                           355 South Grand Avenue, Suite 2450
                                           Los Angeles, CA 90071
                                           Telephone: (213) 785-2610
                                           Facsimile: (213) 226-4684
                                           Email: lrosen@rosenlegal.com

                                           *Counsel for Plaintiff Wilson Wai*


                                           \*\*\*


**ATTESTATION OF CONCURRENCE**

I, Alexander K. Talarides attest pursuant to Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.


Dated:  January 3, 2025                    */s/ Alexander K. Talarides*
                                           Alexander K. Talarides

STIPULATION AND [~~PROPOSED~~]
ORDER CONTINUING DATES,
CASE NO. 4:24-cv-08874-YGR

\*\*\*

**[PROPOSED] ORDER**

Based on the stipulation of the signed Parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

**IT IS SO ORDERED.**

Dated:  January 7, 2025

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

5                                    STIPULATION AND [PROPOSED]
                                        ORDER CONTINUING DATES,
                                        CASE NO. 4:24-cv-08874-YGR