# Exhibit 3

**Marqeta, Inc.**
**Class Period: May 7, 2024-Nov. 4, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $3.85 |
| Velasquez, Micah | 9/16/2024 | 218 | ($4.99) | ($1,087.58) | | | | | | | | |
| | 9/4/2024 | 452 | ($5.04) | ($2,275.82) | | | | | | | | |
| | 8/5/2024 | 260 | ($4.65) | ($1,207.70) | | | | | | | | |
| | 8/5/2024 | 1 | ($4.68) | ($4.68) | | | | | | | | |
| | 8/2/2024 | 964 | ($4.91) | ($4,733.24) | | | | | | | | |
| | 6/17/2024 | 1 | ($5.03) | ($5.03) | | | | | | | | |
| | 6/14/2024 | 556 | ($5.11) | ($2,838.38) | | | | | | | | |
| | 5/31/2024 | 109 | ($5.25) | ($572.22) | | | | | | | | |
| | 5/20/2024 | 110 | ($5.46) | ($600.05) | | | | | | | | |
| | | 2671 | | ($13,324.69) | | | | | 2671 | $10,272.54 | ($3,052.15) | |