**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILSON WAI, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>          Defendants. | Case No. 4:24-cv-08874-YGR<br><br>**[PROPOSED] ORDER** |
| DAVID FORD, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>MARQETA, INC., SIMON KHALAF and MICHAEL MILOTICH,<br><br>          Defendants. | Case No. 4:24-cv-08892-YGR |

[PROPOSED] ORDER
Case No. 4:24-cv-08874-YGR

Having considered the Motion of Tyler Hogge for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Marqeta, Inc. Securities Litigation*, Master File No 4:24-cv-08874-YGR;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Tyler Hogge as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

IT IS SO ORDERED.

Dated: _____, 2025      _____
                                        HON. YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. 4:24-cv-08874-YGR                                                          1