# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Marqeta, Inc.
**Ticker:** MQ
**Class Period:** 05/07/2024 - 11/04/2024
**Name:** Tyler Hogge

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/5/2024 | 393.0000 | $4.9850 | -$1,959.1050 | | $0.0000 | -$1,959.11 |
| 9/5/2024 | 393.0000 | $4.9850 | -$1,959.1050 | | $0.0000 | -$1,959.11 |
| 9/5/2024 | 200.0000 | $4.9850 | -$997.0000 | | $0.0000 | -$997.00 |
| 9/5/2024 | 393.0000 | $4.9850 | -$1,959.1050 | | $0.0000 | -$1,959.11 |
| 9/5/2024 | 393.0000 | $4.9850 | -$1,959.1050 | | $0.0000 | -$1,959.11 |
| 9/5/2024 | 393.0000 | $4.9850 | -$1,959.1050 | | $0.0000 | -$1,959.11 |
| 9/5/2024 | 393.0000 | $4.9850 | -$1,959.1050 | | $0.0000 | -$1,959.11 |
| 9/5/2024 | 200.0000 | $4.9850 | -$997.0000 | | $0.0000 | -$997.00 |
| 9/5/2024 | 393.0000 | $4.9850 | -$1,959.1050 | | $0.0000 | -$1,959.11 |
| 9/5/2024 | 393.0000 | $4.9850 | -$1,959.1050 | | $0.0000 | -$1,959.11 |
| 9/5/2024 | 607.0000 | $4.9850 | -$3,025.8950 | | $0.0000 | -$3,025.90 |
| 9/5/2024 | 393.0000 | $4.9850 | -$1,959.1050 | | $0.0000 | -$1,959.11 |
| 9/5/2024 | 200.0000 | $4.9850 | -$997.0000 | | $0.0000 | -$997.00 |
| 9/5/2024 | 393.0000 | $4.9850 | -$1,959.1050 | | $0.0000 | -$1,959.11 |
| 9/5/2024 | 199.0000 | $4.9850 | -$992.0150 | | $0.0000 | -$992.02 |
| 9/5/2024 | 100.0000 | $4.9850 | -$498.5000 | | $0.0000 | -$498.50 |
| 9/5/2024 | 10.0000 | $4.9850 | -$49.8500 | | $0.0000 | -$49.85 |
| 9/5/2024 | 200.0000 | $4.9850 | -$997.0000 | | $0.0000 | -$997.00 |
| 9/5/2024 | 39.0000 | $4.9850 | -$194.4150 | | $0.0000 | -$194.42 |
| 9/5/2024 | 695.0000 | $4.9850 | -$3,464.5750 | | $0.0000 | -$3,464.58 |
| 9/5/2024 | 393.0000 | $4.9850 | -$1,959.1050 | | $0.0000 | -$1,959.11 |
| 9/5/2024 | 200.0000 | $4.9850 | -$997.0000 | | $0.0000 | -$997.00 |
| 9/5/2024 | 200.0000 | $4.9850 | -$997.0000 | | $0.0000 | -$997.00 |
| 9/5/2024 | 393.0000 | $4.9850 | -$1,959.1050 | | $0.0000 | -$1,959.11 |
| 9/5/2024 | 200.0000 | $4.9850 | -$997.0000 | | $0.0000 | -$997.00 |
| 9/5/2024 | 1,900.0000 | $4.9899 | -$9,480.8100 | | $0.0000 | -$9,480.81 |
| 9/5/2024 | 3,800.0000 | $4.9899 | -$18,961.6200 | | $0.0000 | -$18,961.62 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 300.0000 | $4.9900 | -$1,497.0000 | | $0.0000 | -$1,497.00 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 5.0000 | $4.9900 | -$24.9500 | | $0.0000 | -$24.95 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 200.0000 | $4.9900 | -$998.0000 | | $0.0000 | -$998.00 |
| 9/5/2024 | 200.0000 | $4.9900 | -$998.0000 | | $0.0000 | -$998.00 |
| 9/5/2024 | 400.0000 | $4.9900 | -$1,996.0000 | | $0.0000 | -$1,996.00 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/5/2024 | 1,900.0000 | $4.9899 | -$9,480.8100 | | $0.0000 | -$9,480.81 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 1.0000 | $4.9900 | -$4.9900 | | $0.0000 | -$4.99 |
| 9/5/2024 | 196.0000 | $4.9900 | -$978.0400 | | $0.0000 | -$978.04 |
| 9/5/2024 | 8.0000 | $4.9900 | -$39.9200 | | $0.0000 | -$39.92 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 200.0000 | $4.9900 | -$998.0000 | | $0.0000 | -$998.00 |
| 9/5/2024 | 1.0000 | $4.9900 | -$4.9900 | | $0.0000 | -$4.99 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 379.0000 | $4.9900 | -$1,891.2100 | | $0.0000 | -$1,891.21 |
| 9/5/2024 | 400.0000 | $4.9900 | -$1,996.0000 | | $0.0000 | -$1,996.00 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 100.0000 | $4.9900 | -$499.0000 | | $0.0000 | -$499.00 |
| 9/5/2024 | 14,005.0000 | $4.9900 | -$69,884.9500 | | $0.0000 | -$69,884.95 |
| 9/5/2024 | 30,514.0000 | $4.9900 | -$152,264.8600 | | $0.0000 | -$152,264.86 |
| 9/5/2024 | 36,425.0000 | $4.9900 | -$181,760.7500 | | $0.0000 | -$181,760.75 |
| 11/1/2024 | -100.0000 | | $0.0000 | $5.7450 | $574.5000 | $574.50 |
| 11/1/2024 | -100.0000 | | $0.0000 | $5.7450 | $574.5000 | $574.50 |
| 11/1/2024 | -100.0000 | | $0.0000 | $5.7450 | $574.5000 | $574.50 |
| 11/1/2024 | -300.0000 | | $0.0000 | $5.7450 | $1,723.5000 | $1,723.50 |
| 11/1/2024 | -200.0000 | | $0.0000 | $5.7450 | $1,149.0000 | $1,149.00 |
| 11/1/2024 | -300.0000 | | $0.0000 | $5.7450 | $1,723.5000 | $1,723.50 |
| 11/1/2024 | -100.0000 | | $0.0000 | $5.7450 | $574.5000 | $574.50 |
| 11/1/2024 | -300.0000 | | $0.0000 | $5.7450 | $1,723.5000 | $1,723.50 |
| 11/1/2024 | -100.0000 | | $0.0000 | $5.7450 | $574.5000 | $574.50 |
| 11/1/2024 | -100.0000 | | $0.0000 | $5.7450 | $574.5000 | $574.50 |
| 11/1/2024 | -300.0000 | | $0.0000 | $5.7450 | $1,723.5000 | $1,723.50 |
| 11/1/2024 | -100.0000 | | $0.0000 | $5.7450 | $574.5000 | $574.50 |
| 11/1/2024 | -300.0000 | | $0.0000 | $5.7450 | $1,723.5000 | $1,723.50 |
| 11/1/2024 | -29.0000 | | $0.0000 | $5.7450 | $166.6050 | $166.61 |
| 11/1/2024 | -10,258.0000 | | $0.0000 | $5.7400 | $58,880.9200 | $58,880.92 |
| 11/1/2024 | -3,100.0000 | | $0.0000 | $5.7400 | $17,794.0000 | $17,794.00 |
| 11/1/2024 | -10,299.9565 | | $0.0000 | $5.7400 | $59,121.7504 | $59,121.75 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **73,913.0435** | | | | **Subtotal:** | **-$349,209.13** |
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $284,089.17 |
| | | $3.8436 | 73,913.0435 | | **Total:** | **-$65,119.97** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between November 5, 2024 and January 31, 2025.