POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*Daniel Blackman and Proposed*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILSON WAI, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>        Defendants. | Case No.: 4:24-cv-08874-YGR<br><br>DECLARATION OF JENNIFER PAFITI, ESQ. IN SUPPORT OF MOTION OF DANIEL BLACKMAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Date:  March 18, 2025<br>Time:  2:00 p.m.<br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Courtroom:  1 – 4th Floor |
| DAVID FORD, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>MARQETA, INC., SIMON KHALAF and MICHAEL MILOTICH,<br><br>                Defendants. | Case No.: 4:24-cv-08892-YGR<br><br><u>CLASS ACTION</u> |

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - 4:24-cv-08874-YGR; 4:24-cv-08892-YGR

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Daniel Blackman ("Blackman"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Blackman's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of Blackman's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A:    Chart setting forth Blackman's financial interest in this litigation;
>
> Exhibit B:    Press release published via *Business Wire* on December 9, 2024, announcing the pendency of the first-filed of the Related Actions;
>
> Exhibit C:    Shareholder Certification executed by Blackman;
>
> Exhibit D:    Declaration executed by Blackman; and
>
> Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 7, 2025.

/s/ Jennifer Pafiti
Jennifer Pafiti

1

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - 4:24-cv-08874-YGR; 4:24-cv-08892-YGR

**PROOF OF SERVICE**

I hereby certify that on February 7, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - 4:24-cv-08874-YGR; 4:24-cv-08892-YGR