# EXHIBIT A

**Marqeta, Inc. (MQ)**
**Class Period:  May 7, 2024 to November 4, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $3.8436 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Daniel Blackman** | 11/1/2024 | 2,000 | $5.8800 | ($11,760) | 12/23/2024 | (2,000) | $3.8879 | $7,776 | 2,000 | 0 | $0 | ($3,984) |

*Avg Closing Prices from November 5, 2024 to January 31, 2025