**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff*
*Paul Dellock and Proposed*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| WILSON WAI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>Defendants. | Case No. 4:24-cv-08874-YGR<br><br>CLASS ACTION<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF THE MOTION OF PAUL DELLOCK FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS**<br><br>Date: March 18, 2025<br>Time: 2:00 p.m.<br>Courtroom 1, Fourth Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |
| DAVID FORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH,<br><br>Defendants. | Case No. 4:24-cv-08892-YGR<br><br>CLASS ACTION |

DECLARATION OF LESLEY E. WEAVER
CASE NO. 4:24-cv-08874-YGR

I, Lesley E. Weaver, declare as follows:

1.    I am a member in good standing of the bar of the State of California and of this Court.  I am a Partner of the law firm Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the Motion filed by Paul Dellock for: (1) appointment as Lead Plaintiff; (2) approval of his selection of BFA to serve as Lead Counsel for the Class; (3) consolidation of the related actions; and (4) any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:  Declaration of Mr. Dellock;

EXHIBIT B:  Declaration of Assignment from Jean Susan Dellock to Mr. Dellock;

EXHIBIT C:  Notice of Pendency of *Wai v. Marqeta, Inc.*, No. 4:24-cv-08874 (N.D. Cal.) published on December 9, 2024;

EXHIBIT D:  Certification of Mr. Dellock;

EXHIBIT E:  Chart reflecting the financial interest of Mr. Dellock; and

EXHIBIT F:  Firm Resume of BFA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of February, 2025 at Oakland, California.


                                         */s/ Lesley E. Weaver*
                                            Lesley E. Weaver

DECLARATION OF LESLEY E. WEAVER
CASE NO. 4:24-CV-08874-YGR