# EXHIBIT A

## DECLARATION OF PAUL DELLOCK

I, Paul Dellock, declare as follows pursuant to 28 U.S.C. § 1746:

1. I respectfully submit this declaration in support of my motion to be appointed Lead Plaintiff in this class action on behalf of investors in the securities of Marqeta, Inc. ("Marqeta" or the "Company") and for approval of my selection of Bleichmar Fonti & Auld LLP ("BFA") to be appointed as Lead Counsel. I have personal knowledge about the information in this Declaration and would testify competently thereto.

2. I reside in Northville, Michigan. I am an experienced investor and have invested in the stock market for approximately 35 years. I earned a BSE from Lawrence Technological University and hold a Master of Science and Administration from Central Michigan University. I am currently retired after an over 35-year career at Ford Motor Company, where I worked as a Tech Expert. During my career, I have been involved in the issuance of over 440 U.S. patents by the U.S. Patent and Trademark Office. Further, in 1999, I received the Driving Innovation - Hall of Fame Award from the American Plastics Council for developing processes and materials required to mold large ultra-thin wall injection molded parts. I also received four Henry Ford Technology Awards, the top technical honor at Ford Motor Company, in 1995, 1998, 2005, and 2013, for my work related to bumper systems, magnesium diecasting and injection molding. During my career, I gained extensive experience working with counsel relating to the issuance of patents. I have also provided deposition testimony to provide technical background in crash cases, and I have significant experience overseeing employees and others reporting to me.

3. I, and my wife, Jean Susan Dellock, purchased Marqeta securities during the Class Period and suffered losses as a result of the violations of the securities laws alleged in this action. I am authorized to seek recovery on my wife's behalf pursuant to an assignment of claims. After due consideration, I decided to seek appointment as Lead Plaintiff. Because I suffered substantial losses, I am motivated to seek the best possible result for myself and the proposed class.

4. I spoke with attorneys at BFA regarding this matter and we have been in frequent communication. We discussed the legal claims against the defendants, the merits of the case, the

significant losses I incurred and my desire to serve as Lead Plaintiff, the fiduciary responsibilities of the Lead Plaintiff to the Class, the Lead Plaintiff's obligation to select and oversee counsel, and the need to ensure that the Class's claims will be efficiently and zealously prosecuted by my proposed attorneys.

5.      I selected BFA to serve as proposed Class counsel because it has a proven track record of litigating securities class actions successfully, and I believe that the Class will be well-served by its leadership.

6.      I understand the requirements of serving as Lead Plaintiff. I understand that my duties will include fair and adequate representation of all members of the Class, and if appointed as Lead Plaintiff, I will fulfill these responsibilities to the best of my abilities. I intend to oversee the progress of the litigation and ensure that my lawyers vigorously and efficiently prosecute the case in a way that best serves the interests of the Class.

7.      I will actively oversee the prosecution of this case by, among other things, reviewing pleadings and motion papers, obtaining regular status reports on the progress of the litigation, participating in discovery, and providing input into litigation decisions, including potential settlement negotiations and trial.

8.      My counsel and I have each other's contact information and either of us may call or email for a meeting at any time. I am able and willing to convene future calls, attend in-person meetings, and communicate via email as often and regularly as necessary to ensure responsible oversight of counsel. I do not foresee any problems communicating with counsel or staying abreast of the progress of this litigation. I am highly committed to satisfying the fiduciary responsibilities of the court-appointed Lead Plaintiff and reaffirm that I will ensure this case is litigated in the best interests of the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed 2/6/2025 _____.

Signed by:

018E81CE7F9B44E...

Paul Dellock