# EXHIBIT B

## ASSIGNMENT

This Assignment Agreement is made and entered into as of the day of February 6, 2025 (the "Effective Date"), by and between Jean Susan Dellock ("Assignor") and Paul Dellock ("Assignee") (collectively, the "Parties").

The Parties hereby declare as follows:

1.      The Assignor purchased the publicly traded securities of Marqeta, Inc. ("Marqeta") in the Assignor's name.

2.      The Assignor hereby assigns, transfers and sets over to Assignee all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America, other applicable statutes, and common law doctrines, including any and all fraud and other tort claims, in connection with the purchase, acquisition, and/or sale of Marqeta securities.

3.      Further, the Assignor hereby appoints Assignee as the Assignor's true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action, including, but not limited to, taking legal action against Marqeta and others named in the matters captioned *Wai v. Marqeta, Inc.*, No. 4:24-cv-08874 (N.D. Cal.) and *Ford v. Marqeta, Inc.*, No. 4:24-cv-08892 (N.D. Cal.), as well as any related actions that have been or may be filed, including moving for appointment as Lead Plaintiff on or around February 7, 2025.

4.      Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

5.      This Assignment is coupled with an interest and is being provided in exchange for $1.00 and other good and valuable consideration.

6.      This Assignment shall be binding upon and inure to the benefit of the Parties, their successors and assigns.

7.    We agree to be bound by the results of the litigation.

We declare under penalty of perjury that the foregoing is true and correct.

Assignor

Executed:  2/6/2025

Signed by:

Jean Susan Dellock

Assignee

Executed:  2/6/2025

Signed by:

Paul Dellock