# EXHIBIT E

Financial Interest Analysis for Paul and Jean Dellock

Class Period: May 7, 2024 - November 4, 2024

**Paul Dellock - Marqeta, Inc. - Common Stock (FIFO/LIFO)**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 5/7/2024 | 73,000.00 | | |
| Purchase | 6/25/2024 | 10,000.00 | $5.4799 | ($54,799.00) |
| Purchase | 8/6/2024 | 20,000.00 | $4.9300 | ($98,600.00) |
| *Total Class Period Purchases* | | **30,000.00** | | **($153,399.00)** |
| Retained Shares [1] | | 30,000.00 | $3.8436 | $115,306.78 |

| | |
|---|---|
| Paul Dellock - Marqeta, Inc. - Common Stock Gain/(Loss) (FIFO/LIFO): | ($38,092.22) |
| Paul Dellock - Marqeta, Inc. - Common Stock Gain/(Loss) (FIFO/LFO Based on Dura [2]) : | ($38,092.22) |

**Jean Dellock - Marqeta, Inc. - Common Stock (FIFO/LIFO)**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 5/7/2024 | 10,000.00 | | |
| Purchase | 6/25/2024 | 2,800.00 | $5.4798 | ($15,343.44) |
| Purchase | 6/25/2024 | 1,609.00 | $5.4750 | ($8,809.28) |
| Purchase | 6/25/2024 | 516.00 | $5.4850 | ($2,830.26) |
| Purchase | 6/25/2024 | 3,156.00 | $5.4800 | ($17,294.88) |
| Purchase | 6/25/2024 | 1,919.00 | $5.4900 | ($10,535.31) |
| Purchase | 8/5/2024 | 17,660.00 | $4.5700 | ($80,706.20) |
| Purchase | 8/5/2024 | 1,540.00 | $4.5600 | ($7,022.40) |
| Purchase | 8/5/2024 | 400.00 | $4.5550 | ($1,822.00) |
| Purchase | 8/5/2024 | 400.00 | $4.5650 | ($1,826.00) |
| Purchase | 8/6/2024 | 2,828.00 | $4.9200 | ($13,913.76) |
| Purchase | 8/6/2024 | 7,172.00 | $4.9300 | ($35,357.96) |
| *Total Class Period Purchases* | | **40,000.00** | | **($195,461.49)** |
| Retained Shares [1] | | 40,000.00 | $3.8436 | $153,742.37 |

| | |
|---|---|
| Jean Dellock - Marqeta, Inc. - Common Stock Gain/(Loss) (FIFO/LIFO): | ($41,719.11) |
| Jean Dellock - Marqeta, Inc. - Common Stock Gain/(Loss) (FIFO/LFO Based on Dura [2]) : | ($41,719.11) |

| | |
|---|---|
| **Marqeta, Inc. - Common Stock Total Gain/(Loss) (FIFO/LIFO):** | **($79,811.33)** |
| **Marqeta, Inc. - Common Stock Total Gain/(Loss) (FIFO/LFO Based on Dura [2]) :** | **($79,811.33)** |

[1] *Retained shares are valued at the average price from November 5, 2024 to January 31, 2025.*

[2] *Dura loss is the summation of the cost of Class Period purchases held through the Disclosure, proceeds of sales matched to purchases held through the Disclosure (if any) and the value of retained shares based on the 90-day look back average (if any). The pled disclosure during the Class Period occurred after the market closed on November 4, 2024 (the "Disclosure"). All common stock shares purchased by Paul and Jean Dellock during the Class Period were held through the Disclosure and therefore losses under Dura are the same as the FIFO/LIFO losses.*