**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**WILSON WAI**, *individually and on behalf of all others similarly situated*,

    Plaintiff,

        vs.

**MARQETA, INC., ET AL.,**

    Defendants.

Case No.  4:24-cv-08874-YGR

**ORDER REQUIRING MEET AND CONFER**

Pending before the Court are three motions to consolidate this case with another and appoint lead plaintiff and lead counsel in the above-captioned matter. (*See* Dkt. Nos. 17, 20, 24 & 26.) The Court appreciates that each motion was filed on the same day, which happened to be the last possible day for filing such motions. Thus, none of the movants could have, at the time of filing, known the identities of the other movants and therefore complied with this Court's Standing Order, which currently requires all parties to meet and confer prior to the filing of *any* civil motion.

That is no longer the case. Thus, the Court **ORDERS** the parties, including movants and the defendants, to meet and confer regarding the motions for appointment by no later than next **Tuesday, February 25, 2025**. Should motion practice remain necessary, the parties shall jointly file a four (4) page letter brief summarizing their respective positions, as required under the Court's Standing Order.

Especially given the Court is currently presiding over several trials expected to last through April 2025, the parties shall also consider whether to consent to proceed before a Magistrate Judge for all purposes. This district's Magistrate Judge program is well established, and its Magistrate Judges exceptionally well credentialed.[1]

**IT IS SO ORDERED.**

Dated:  February 14, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

United States District Court
Northern District of California

---

[1] This district's Magistrate Judge brochure is available here: https://cand.uscourts.gov/.