JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      (415) 773-5700
Facsimile:      (415) 773-5759

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON WAI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH, | Case No. 4:24-cv-08874-YGR<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 9, 2024 |
| STEPHANIE SMITH, derivatively on behalf of MARQETA, INC.<br><br>Plaintiff,<br><br>v.<br><br>SIMON KHALAF, MICHAEL MILOTICH, NAJUMA ATKINSON, ALPESH CHOKSHI, MARTHA CUMMINGS, JASON GARDNER, R. MARK GRAF, JUDSON C. LINVILLE, KIRAN PRASAD, HELEN RILEY, and GODFREY SULLIVAN,<br><br>Defendants,<br><br>and<br><br>MARQETA, INC.,<br><br>Nominal Defendant. | Case No. 3:25-cv-01174-TSH<br><br>Magistrate Judge Thomas S. Hixson<br><br>Date Action Filed: February 4, 2025 |

Defendants Marqeta, Inc. ("Marqeta"), Simon Khalaf, and Michael Milotich (collectively, the "Defendants") hereby submit this Unopposed Administrative Motion (the "Motion"), pursuant to Civil Local Rules 3-12 and 7-11, to consider whether *Smith v. Khalaf, et al.*, Case No. 3:25-cv-01174-TSH (the "Smith Action") should be related to *Wai v. Marqeta, Inc., et al.*, Case No. 4:24-cv-08874-YGR (the "Wai Action," and with the Smith Action, the "Actions"), now pending before this Court.[1]

Under Civil Local Rule 3-12(a), cases are related when they (1) "concern substantially the same parties, property, transaction or event"; and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Here, both criteria are met, and the Actions should be related in order to promote judicial efficiency.

First, the Actions are related because each name overlapping defendants, arise from substantially similar transactions and events, and involve related issues of law.  Specifically, both Actions name Marqeta, Simon Khalaf, and Michael Milotich as defendants, allege violations of the Securities Exchange Act of 1934, allege that the defendants made a series of materially false and/or misleading statements relating to Marqeta's financial performance and regulatory environment, and further allege that purported wrongdoing occurred during periods encompassing August 7, 2024 to November 4, 2024. *See* Declaration of Alexander K. Talarides in Support of Motion ("Talarides Decl."), Exs. A & B.

Second, in light of these common issues of law and fact, there would be an unduly burdensome duplication of labor and expense and potentially conflicting results if the Actions were conducted before different judges.

Plaintiffs Wai and Smith, and lead plaintiff movants in the Wai Action, through their counsel, have expressed that they do not oppose this Motion.  *See* Talarides Decl. ¶¶ 5-9. Additionally, the defendants in the Smith Action support, and do not oppose, this Motion. *Id.* ¶ 4.

---

[1] Defendants note that another related action captioned *Ojserkis v. Khalaf, et al.*, Case No. 4:25-cv-01883-YGR (the "Ojserkis Action"), substantially similar to the Smith Action, was recently filed in this Court.  Because the Ojserkis Action was already assigned to Your Honor, Defendants do not seek a relation order for that Action. *See, e.g.*, ECF No. 15.

For the foregoing reasons, Defendants respectfully request that the Court enter an order relating the Actions and directing the Clerk to reassign the later-filed Smith Action to Your Honor, pursuant to Civil Local Rule 3-12.

Dated:  February 27, 2025

**ORRICK HERRINGTON & SUTCLIFFE LLP**

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

JAMES N. KRAMER
ALEXANDER K. TALARIDES
TRISTAN K. ALLEN
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
E-mail: jkramer@orrick.com
          atalarides@orrick.com
          tallen@orrick.com

*Counsel for Defendants*

DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO RELATE CASES, CASE NOS. 24CV8874 & 25CV01174