JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON WAI, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH, | Case No. 4:24-cv-08874-YGR<br><br>**DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 9, 2024 |
| STEPHANIE SMITH, derivatively on behalf of MARQETA, INC.<br><br>     Plaintiff,<br><br>     v.<br><br>SIMON KHALAF, MICHAEL MILOTICH, NAJUMA ATKINSON, ALPESH CHOKSHI, MARTHA CUMMINGS, JASON GARDNER, R. MARK GRAF, JUDSON C. LINVILLE, KIRAN PRASAD, HELEN RILEY, and GODFREY SULLIVAN,<br><br>     Defendants,<br><br>   and<br><br>MARQETA, INC.,<br><br>     Nominal Defendant. | Case No. 3:25-cv-01174-TSH<br><br>Magistrate Judge Thomas S. Hixson<br><br>Date Action Filed: February 4, 2025 |

I, Alexander K. Talarides, declare as follows:

1.      I am a partner at Orrick, Herrington, & Sutcliffe LLP, and counsel for Defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich (collectively, "Defendants").  I submit this Declaration in support of Defendants' Unopposed Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12 (the "Motion").  I have personal knowledge of the matters set forth in this Declaration, and if called upon to do so I could and would competently testify thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed in this action, *Wai v. Marqeta, Inc., et al.*, Case No. 4:24-cv-08874-YGR (the "Wai Action").

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Complaint filed in the action captioned *Smith v. Khalaf, et al.*, Case No. 3:25-cv-01174-TSH (the "Smith Action").

4.      I am also counsel for defendants Marqeta, Inc., Simon Khalaf, Michael Milotich, Najuma Atkinson, Alpesh Chokshi, Martha Cummings, Jason Gardner, R. Mark Graf, Judson C. Linville, Kiran Prasad, Helen Riley, and Godfrey Sullivan (collectively, the "Smith Defendants") named in the Smith Action.  The Smith Defendants support, and do not oppose, this Motion.

5.      My colleague Tristan Allen conferred with Laurence M. Rosen and Erica Stone of The Rosen Law Firm, P.A, counsel for plaintiff Wilson Wai in the Wai Action, by email between February 25 and 27, 2025, in connection with the Motion.  Ms. Stone advised us that Mr. Wai does not oppose the Motion.

6.      My colleague Tristan Allen conferred with Robert C. Moest and Timothy Brown of The Brown Law Firm, P.C., counsel for the plaintiff Stephanie Smith in the Smith Action, by email on February 25, 2025, in connection with the Motion.  Mr. Brown advised us that Ms. Smith does not oppose the Motion.

7.      My colleague Tristan Allen conferred with Charles Linehan of Glancy Prongay and Murray LLP, counsel for lead plaintiff movant Tyler Hogge in the Wai Action, by email on February 25, 2025, in connection with the Motion.  Mr. Linehan advised us that Mr. Hogge does not oppose the Motion.

8.  My colleague Tristan Allen conferred with Alex Hood and Jennifer Pafiti of Pomerantz LLP, counsel for lead plaintiff movant Daniel Blackman in the Wai Action, by email on February 25, 2025, in connection with the Motion.  Mr. Hood advised us that Mr. Blackman does not oppose the Motion.

9.  My colleague Tristan Allen conferred with Ross Shikowitz and Lesley Elizabeth Weaver of Bleichmar Fonti & Auld LLP, counsel for lead plaintiff movant Paul Dellock in the Wai Action, by email on February 25, 2025, in connection with the Motion.  Mr. Shikowitz advised us that Mr. Dellock does not oppose the Motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 27, 2025 in San Francisco, California.

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

2

TALARIDES DECL ISO DEFS' UNOPPOSED
ADMIN. MOTION TO RELATE CASES, CASE
NOS. 24CV8874, 25CV01174 & 25CV01883