JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON WAI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQETA, INC., SIMON KHALAF, and MICHAEL MILOTICH, | Case No. 4:24-cv-08874-YGR<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 9, 2024 |
| STEPHANIE SMITH, derivatively on behalf of MARQETA, INC.<br><br>Plaintiff,<br><br>v.<br><br>SIMON KHALAF, MICHAEL MILOTICH, NAJUMA ATKINSON, ALPESH CHOKSHI, MARTHA CUMMINGS, JASON GARDNER, R. MARK GRAF, JUDSON C. LINVILLE, KIRAN PRASAD, HELEN RILEY, and GODFREY SULLIVAN,<br><br>Defendants,<br><br>and<br><br>MARQETA, INC.,<br><br>Nominal Defendant. | Case No. 3:25-cv-01174-TSH<br><br>Magistrate Judge Thomas S. Hixson<br><br>Date Action Filed: February 4, 2025 |

Before the Court is the Unopposed Administrative Motion to Consider Whether Cases Should be Related filed by Defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich, (collectively, Defendants") on February 27, 2025 pursuant to Civil Local Rule 3-12 (the "Motion"). The Court, having fully considered the papers and pleadings on file and submitted herewith, and good cause appearing, HEREBY ORDERS as follows:

1.      The Motion is **GRANTED**;

2.      Pursuant to Civ. L.R. 3-12, the action captioned *Smith v. Khalaf, et al.*, Case No. 3:25-cv-01174-TSH is deemed related to the action captioned *Wai v. Marqeta, Inc., et al.*, Case No. 4:24-cv-08874-YGR.

3.      *Smith v. Khalaf, et al.*, Case No. 3:25-cv-01174-TSH is hereby reassigned to the Honorable Judge Yvonne Gonzalez Rogers, who is assigned to *Wai v. Marqeta, Inc., et al.*, Case No. 4:24-cv-08874-YGR.

**IT IS SO ORDERED.**

Dated: _____        _____
                                HONORABLE YVONNE GONZALEZ ROGERS
                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED ADMIN. MOTION TO RELATE CASES, CASE NOS. 24CV8874 & 25CV01174