JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      (415) 773-5700
Facsimile:      (415) 773-5759

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION | Lead Case No. 4:24-cv-08874-YGR |
| | **UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| | Hon. Judge Yvonne Gonzalez Rogers |
| | Date Action Filed: December 9, 2024 |
| STEPHANIE SMITH, derivatively on behalf of MARQETA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIMON KHALAF, MICHAEL MILOTICH, NAJUMA ATKINSON, ALPESH CHOKSHI, MARTHA CUMMINGS, JASON GARDNER, R. MARK GRAF, JUDSON C. LINVILLE, KIRAN PRASAD, HELEN RILEY, and GODFREY SULLIVAN, <br><br> Defendants, <br><br> and <br><br> MARQETA, INC., <br><br> Nominal Defendant. | Case No. 3:25-cv-01174-CRB <br><br> Hon. Judge Charles R. Breyer <br><br> Date Action Filed: February 4, 2025 |

*Additional caption on the next page*

EDUARDO PRECIADO, derivatively on behalf of MARQETA, INC.,

Plaintiff,

v.

SIMON KHALAF, NAJUMA ATKINSON, ALPESH CHOKSHI, MARTHA CUMMINGS, JASON GARDNER, R. MARK GRAF, JUDSON C. LINVILLE, KIRAN PRASAD, HELEN RILEY, GODFREY SULLIVAN, and MICHAEL MILOTICH,

Defendants,

and

MARQETA, INC.,

Nominal Defendant.

Case No. 3:25-cv-02100-TSH

Magistrate Judge Thomas S. Hixson

Date Action Filed: February 27, 2025

Defendants Marqeta, Inc. ("Marqeta"), Simon Khalaf, and Michael Milotich (collectively, the "Defendants") hereby submit this Unopposed Administrative Motion (the "Motion"), pursuant to Civil Local Rules 3-12 and 7-11, to consider whether *Smith v. Khalaf, et al.*, Case No. 25-cv-01174-CRB (the "Smith Action"), currently pending before the Honorable Judge Charles R. Breyer, and *Preciado v. Khalaf, et al.*, Case No. 25-cv-02100-TSH (the "Preciado Action," and together with the Smith Action, the "Marqeta Derivative Actions"), currently pending before the Honorable Magistrate Judge Thomas S. Hixson, should be related to *In re Marqeta, Inc. Securities Litigation*, Case No. 24-cv-08874-YGR (the "Marqeta Securities Action," and with the Marqeta Derivative Actions, the "Actions"), now pending before this Court.

On February 27, 2025, Defendants filed an unopposed administrative motion under Civil Local Rule 3-12 to relate the Smith Action to the Marqeta Securities Action. ECF No. 37. On March 11, 2025, the Court denied that motion as moot on the grounds that relation is unnecessary where actions are already before the same judge. ECF No. 38 at 2 n.5. Defendants note that the Smith Action—previously pending before Judge Hixson, and now pending before Judge Breyer—is not before this Court, and thus respectfully submit that relation is appropriate. Defendants submit that the Preciado Action, another subsequently filed derivative action substantially similar to the Smith Action, which is also pending before a different judge, should also be related to the Marqeta Securities Action.

Under Civil Local Rule 3-12(a), cases are related when they (1) "concern substantially the same parties, property, transaction or event"; and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Here, both criteria are met, and the Actions should be related in order to promote judicial efficiency.

First, the Actions are related because each name overlapping defendants, arise from substantially the same transactions and events, and involve related issues of law. Specifically, all Actions name Marqeta, Simon Khalaf, and Michael Milotich as defendants, allege violations of the Securities Exchange Act of 1934, allege that the defendants made a series of materially false and/or misleading statements relating to Marqeta's financial performance and regulatory environment, and

DEFENDANTS' UNOPPOSED ADMINISTRATIVE
MOTION TO RELATE CASES, CASE NOS.
24CV8874, 25CV1174 & 25CV02100

further allege that purported wrongdoing occurred during periods encompassing August 7, 2024 to November 4, 2024. *See* Declaration of Alexander K. Talarides in Support of Motion ("Talarides Decl."), Exs. A-C.

Second, in light of these common issues of law and fact, there would be an unduly burdensome duplication of labor and expense and potentially conflicting results if the Actions were conducted before different judges.

Plaintiffs in the Marqeta Derivative Actions, Smith and Preciado, and Lead Plaintiff in the Marqeta Securities Action, through their counsel, have expressed that they do not oppose this Motion. *See* Talarides Decl. ¶¶ 6-8. Additionally, the defendants in the Marqeta Derivative Actions support, and do not oppose, this Motion. *Id.* ¶ 5.

For the foregoing reasons, Defendants respectfully request that the Court enter an order relating the Marqeta Derivative Actions to the Marqeta Securities Action and directing the Clerk to reassign the later-filed Marqeta Derivative Actions to Your Honor, pursuant to Civil Local Rule 3-12.

Dated:  March 13, 2025

**ORRICK HERRINGTON & SUTCLIFFE LLP**

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

JAMES N. KRAMER
ALEXANDER K. TALARIDES
TRISTAN K. ALLEN
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
E-mail: jkramer@orrick.com
        atalarides@orrick.com
        tallen@orrick.com

*Counsel for Defendants*