JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      (415) 773-5700
Facsimile:      (415) 773-5759

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION | Lead Case No. 4:24-cv-08874-YGR<br><br>**DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 9, 2024 |
| STEPHANIE SMITH, derivatively on behalf of MARQETA, INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>SIMON KHALAF, MICHAEL MILOTICH, NAJUMA ATKINSON, ALPESH CHOKSHI, MARTHA CUMMINGS, JASON GARDNER, R. MARK GRAF, JUDSON C. LINVILLE, KIRAN PRASAD, HELEN RILEY, and GODFREY SULLIVAN,<br><br>              Defendants,<br><br>    and<br><br>MARQETA, INC.,<br><br>              Nominal Defendant. | Case No. 3:25-cv-01174-CRB<br><br>Hon. Judge Charles R. Breyer<br><br>Date Action Filed: February 4, 2025 |

*Additional caption on the next page*

EDUARDO PRECIADO, derivatively on behalf of MARQETA, INC.,

Plaintiff,

v.

SIMON KHALAF, NAJUMA ATKINSON, ALPESH CHOKSHI, MARTHA CUMMINGS, JASON GARDNER, R. MARK GRAF, JUDSON C. LINVILLE, KIRAN PRASAD, HELEN RILEY, GODFREY SULLIVAN, and MICHAEL MILOTICH,

Defendants,

and

MARQETA, INC.,

Nominal Defendant.

Case No. 3:25-cv-02100-TSH

Magistrate Judge Thomas S. Hixson

Date Action Filed: February 27, 2025

2

I, Alexander K. Talarides, declare as follows:

1.    I am a partner at Orrick, Herrington, & Sutcliffe LLP, and counsel for Defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich (collectively, "Defendants"). I submit this Declaration in support of Defendants' Unopposed Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12 (the "Motion"). I have personal knowledge of the matters set forth in this Declaration, and if called upon to do so I could and would competently testify thereto.

2.    Attached hereto as **Exhibit A** is a true and correct copy of the initial complaint filed in this action, *In re Marqeta, Inc. Securities Litigation*, Case No. 24-cv-08874-YGR (the "Marqeta Securities Action").

3.    Attached hereto as **Exhibit B** is a true and correct copy of the complaint filed in the action captioned *Smith v. Khalaf, et al.*, Case No. 25-cv-01174-CRB (the "Smith Action").

4.    Attached hereto as **Exhibit C** is a true and correct copy of the complaint filed in the action captioned *Preciado v. Khalaf, et al.*, Case No. 3:25-cv-02100-TSH (the "Preciado Action," and together with the Smith Action, the "Marqeta Derivative Actions").

5.    I am also counsel for defendants Marqeta, Inc., Simon Khalaf, Michael Milotich, Najuma Atkinson, Alpesh Chokshi, Martha Cummings, Jason Gardner, R. Mark Graf, Judson C. Linville, Kiran Prasad, Helen Riley, and Godfrey Sullivan (collectively, the "Derivative Defendants") named in the Marqeta Derivative Actions. The Derivative Defendants support, and do not oppose, this Motion.

6.    My colleague Tristan Allen conferred with Charles Linehan of Glancy Prongay and Murray LLP, counsel for Lead Plaintiff Tyler Hogge in the Marqeta Securities Action, by email between March 12 and 13, 2025, in connection with the Motion. Mr. Linehan advised us that Mr. Hogge does not oppose the Motion.

7.    My colleague Tristan Allen conferred with Robert C. Moest and Timothy Brown of The Brown Law Firm, P.C., counsel for Plaintiff Stephanie Smith in the Smith Action, by email between March 11 and 13, 2025, in connection with the Motion. Mr. Brown advised us that Ms. Smith does not oppose the Motion.

8.      My colleague Tristan Allen conferred with Seth Rigrodsky, Gina Serra, and Samir Aougab of Ridrodsky Law P.A., counsel for Plaintiff Eduardo Preciado in the Preciado Action, by email between March 11 and 13, 2025, in connection with the Motion.  Ms. Serra and Mr. Aougab advised us that Mr. Preciado does not oppose the Motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 13, 2025 in San Francisco, California.

                                        /s/ Alexander K. Talarides
                                        ALEXANDER K. TALARIDES