JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION | Lead Case No. 24-cv-08874-YGR<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 9, 2024 |
| STEPHANIE SMITH, derivatively on behalf of MARQETA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SIMON KHALAF, MICHAEL MILOTICH, NAJUMA ATKINSON, ALPESH CHOKSHI, MARTHA CUMMINGS, JASON GARDNER, R. MARK GRAF, JUDSON C. LINVILLE, KIRAN PRASAD, HELEN RILEY, and GODFREY SULLIVAN,<br><br>        Defendants,<br><br>    and<br><br>MARQETA, INC.,<br><br>        Nominal Defendant. | Case No. 25-cv-01174-CRB<br><br>Hon. Judge Charles R. Breyer<br><br>Date Action Filed: February 4, 2025 |

*Additional caption on the next page*

EDUARDO PRECIADO, derivatively on behalf of MARQETA, INC.,

Plaintiff,

v.

SIMON KHALAF, NAJUMA ATKINSON, ALPESH CHOKSHI, MARTHA CUMMINGS, JASON GARDNER, R. MARK GRAF, JUDSON C. LINVILLE, KIRAN PRASAD, HELEN RILEY, GODFREY SULLIVAN, and MICHAEL MILOTICH,

Defendants,

and

MARQETA, INC.,

Nominal Defendant.

Case No. 25-cv-02100-TSH

Magistrate Judge Thomas S. Hixson

Date Action Filed: February 27, 2025

[PROPOSED] ORDER GRANTING UNOPPOSED ADMIN. MOTION TO RELATE CASES, CASE NOS. 24CV8874, 25CV01174 & 25CV01883

Before the Court is the Unopposed Administrative Motion to Consider Whether Cases Should be Related filed by Defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich (collectively, "Defendants") on March 13, 2025 pursuant to Civil Local Rule 3-12 (the "Motion"). The Court, having fully considered the papers and pleadings on file and submitted herewith, and good cause appearing, HEREBY ORDERS as follows:

1.      The Motion is **GRANTED**;

2.      Pursuant to Civ. L.R. 3-12, the action captioned *Smith v. Khalaf, et al.*, Case No. 25-cv-01174-CRB is deemed related to the action captioned *In re Marqeta, Inc. Securities Litigation*, Case No. 24-cv-08874-YGR.

3.      Pursuant to Civ. L.R. 3-12, the action captioned *Preciado v. Khalaf, et al.*, Case No. 25-cv-02100-TSH is deemed related to the action captioned *In re Marqeta, Inc. Securities Litigation*, Case No. 24-cv-08874-YGR.

4.      Both *Smith v. Khalaf, et al.*, Case No. 25-cv-01174-CRB and *Preciado v. Khalaf, et al.*, Case No. 25-cv-02100-TSH are hereby reassigned to the Honorable Judge Yvonne Gonzalez Rogers, who is assigned to *In re Marqeta, Inc. Securities Litigation*, Case No. 24-cv-08874-YGR.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                HONORABLE YVONNE GONZALEZ ROGERS
                                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED ADMIN. MOTION TO RELATE CASES, CASE NOS. 24CV8874, 25CV1174 & 25CV02100