JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION | Lead Case No. 4:24-cv-08874-YGR<br><br>**PROOF OF SERVICE OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Hon. Judge Yvonne Gonzalez Rogers<br><br>Date Action Filed: December 9, 2024 |
| STEPHANIE SMITH, derivatively on behalf of MARQETA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SIMON KHALAF, MICHAEL MILOTICH, NAJUMA ATKINSON, ALPESH CHOKSHI, MARTHA CUMMINGS, JASON GARDNER, R. MARK GRAF, JUDSON C. LINVILLE, KIRAN PRASAD, HELEN RILEY, and GODFREY SULLIVAN,<br><br>Defendants,<br><br>and<br><br>MARQETA, INC.,<br><br>Nominal Defendant. | Case No. 3:25-cv-01174-CRB<br><br>Hon. Judge Charles R. Breyer<br><br>Date Action Filed: February 4, 2025 |

*Additional caption on the next page*

PROOF OF SERVICE, CASE NOS. 24CV8874,
25CV1174 & 25CV02100

EDUARDO PRECIADO, derivatively on behalf of MARQETA, INC.,

            Plaintiff,

    v.

SIMON KHALAF, NAJUMA ATKINSON, ALPESH CHOKSHI, MARTHA CUMMINGS, JASON GARDNER, R. MARK GRAF, JUDSON C. LINVILLE, KIRAN PRASAD, HELEN RILEY, GODFREY SULLIVAN, and MICHAEL MILOTICH,

            Defendants,

    and

MARQETA, INC.,

            Nominal Defendant.

Case No. 3:25-cv-02100-TSH

Magistrate Judge Thomas S. Hixson

Date Action Filed: February 27, 2025

PROOF OF SERVICE, CASE NOS. 24CV8874, 25CV1174 & 25CV02100

<u>**PROOF OF SERVICE BY ELECTRONIC MAIL**</u>

I am a citizen of the United States, more than eighteen years old and not a party to this action.  My place of employment and business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California, 94105-2669, and my e-mail address is lpatts@orrick.com.

On March 13, 2025, I served the following documents:

- **DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12;**

- **DECLARATION OF ALEXANDER TALARIDES IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12, WITH EXHIBITS A-C; and**

- **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12.**

on the interested parties listed below by transmitting true and correct copies of the documents in Portable Document Format ("pdf") via electronic mail ("e-mail") from the e-mail address lpatts@orrick.com to the following e-mail addresses:

| | |
|---|---|
| Robert C. Moest | Timothy Brown |
| **THE BROWN LAW FIRM, P.C.** | **THE BROWN LAW FIRM, P.C.** |
| 2530 Wilshire Boulevard, Second Floor | 767 Third Avenue, Suite 2501 |
| Santa Monica, CA 90403 | New York, NY 10017 |
| Telephone: (310) 915-6628 | Telephone: (516) 922-5427 |
| Facsimile: (310) 915-9897 | Facsimile: (516) 344-6204 |
| Email: rmoest@aol.com | Email: tbrown@thebrownlawfirm.net |

*Counsel for Plaintiff Stephanie Smith*

Betsy C. Manifold
Rachele R. Byrd
Alex J. Tramontano
**WOLF HALDENSTEIN ADLER**
**FREEMANN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
Email: manifold@whafh.com
      byrd@whafh.com
      tramontano@whafh.com

Timothy J. MacFall
Samir Aougab
**RIGRODSKY LAW, P.A.**
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: tjm@rl-legal.com
      sa@rl-legal.com

*Counsel for Plaintiff Eduardo Preciado*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on March 13, 2025, at San Francisco, California.

                    */s/ Lenny T. Patts*
                    LENNY T. PATTS