Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Tyler Hogge and Lead
Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION, <br><br> Defendants. | Case No. 4:24-cv-08874-YGR <br><br> **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE STIPULATION EXTENDING THE DEADLINE TO FILE THE CONSOLIDATED COMPLAINT** |

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:24-cv-08874-YGR

I, Charles H. Linehan, hereby declare as follows:

1.      I am a partner at Glancy Prongay & Murray LLP ("GPM"), lead counsel for Lead Plaintiff. I make this Declaration in support of the Stipulation Extending the Deadline to File the Consolidated Complaint (the "Stipulation").

2.      I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

3.      Good cause exists for approving the proposed briefing schedule:

a.      The extension is warranted because additional time is required for Lead Plaintiff to complete his ongoing investigation of Marqeta, Inc. and the other Defendants, in order to file a comprehensive and detailed consolidated complaint. The consolidated complaint will be subject to the heightened pleading standards of Rule 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995. *See Applestein v. Medivation, Inc.*, 561 F. App'x 598, 600 (9th Cir. 2014). Lead Plaintiff, however, has only recently been appointed to represent the class, and neither Lead Plaintiff nor his counsel filed either of the two original complaints in this action. As such, Lead Plaintiff requires additional time to complete his independent investigation, including examination of potential witnesses, further analysis of Defendants' Securities & Exchange Commission filings, conference calls, and news reports, before filing the consolidated complaint.

b.      This extension is also warranted in light of the Court's earlier scheduling Order (Dkt. No. 14). The Order contemplated that Lead Plaintiff and Defendants would submit a proposed schedule for the filing of an operative complaint within 14 days of Lead Plaintiff's appointment, presumably with due consideration for the factual and legal issues in the action, discussed *supra*. The Order, as reasonably read, suggested that Lead Plaintiff would likely have more than 21 days from appointment to file the consolidated complaint. The instant Stipulation is crafted to provide the Parties a schedule commensurate to the demands of this litigation and other similar securities cases overseen by this Court.

4.      This is the Parties' first request to extend the deadline to file the consolidated complaint.

I declare under penalty of perjury under the laws of the United States of America that forgoing is true and correct. Executed on March 19, 2025, in Los Angeles, California.

/s/ Charles H. Linehan
Charles H. Linehan

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On March 19, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 19, 2025, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:24-cv-08874-YGR