Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Tyler Hogge and Lead
Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION, | Case No. 4:24-cv-08874-YGR<br><br>**STIPULATION EXTENDING THE DEADLINE TO FILE THE CONSOLIDATED COMPLAINT** |

Lead Plaintiff Tyler Hogge ("Lead Plaintiff") and Defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich ("Defendants," and together with Lead Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on January 7, 2025, the Court entered an Order requiring that "[w]ithin fourteen (14) days of the Court appointing a lead plaintiff, the parties will meet and confer and submit to the Court a proposed schedule with deadlines for the filing of an amended complaint or designation of an operative complaint and for Defendants to respond thereto (by answer, motion or otherwise)" (Dkt. No. 14);

WHEREAS, on March 11, 2025, the Court consolidated the related securities fraud class actions, appointed Mr. Hogge as lead plaintiff, and approved Lead Plaintiff's selection of lead counsel (Dkt. No. 38);

WHEREAS, in the same Order entered March 11, 2025, the Court further required that Lead Plaintiff file "[a] consolidated complaint . . . within **21 days** of this Order" and that Defendants' "[r]esponsive pleadings shall be filed within **35 days** thereafter" (Dkt. No. 38) (emphasis in original);

WHEREAS, counsel for Lead Plaintiff has been diligently investigating the claims against Defendants in preparation to file a consolidated complaint, and has determined that additional time is required in light of the complexity of the relevant factual and legal issues, including the heightened pleading requirements imposed on this actions by the Private Securities Litigation Reform Act of 1995 (*see* 15 U.S.C § 78u-4(b)(1) - (2));

WHEREAS, counsel for Lead Plaintiff requested from Defendants a stipulated extension of time for the filing of a consolidated complaint, and the Parties, having conferred regarding the schedule for the filing of a consolidated complaint and Defendants' anticipated response thereto, have agreed on the following schedule; and

WHEREAS, counsel for Lead Plaintiff has also submitted a declaration herewith setting forth good cause and detailed reasons for the requested relief;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, subject to the Court's approval, as follows:

1. Lead Plaintiff shall file a consolidated complaint on or before April 10, 2025;

2. Defendants shall answer, move to dismiss, or otherwise respond to the consolidated complaint on or before May 15, 2025;

3. In the event that Defendants move to dismiss the consolidated complaint, the lead plaintiff shall file an opposition to the motion to dismiss on or before June 19, 2025; and Defendants shall file a reply to any opposition by July 10, 2025.

DATED:  March 19, 2025

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Charles H. Linehan*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  clinehan@glancylaw.com

*Counsel for Lead Plaintiff Tyler Hogge Lead Counsel for the Class*

**ORRICK HERRINGTON & SUTCLIFFE LLP**

By: */s/ Alexandre K. Talarides*
James N. Kramer
Alexander K. Talarides
Tristan K. Allen
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Email: jkramer@orrick.com
        atalarides@orrick.com

*Counsel for Defendants*

### ATTESTATION OF CONCURRENCE

I, Charles H. Linehan attest pursuant to Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: March 19, 2025                              */s/ Charles H. Linehan*
                                                              Charles H. Linehan

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __March 19___, 2025

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On March 19, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 19, 2025, at Los Angeles, California.

/s/ *Charles H. Linehan*
Charles H. Linehan

STIPULATION EXTENDING THE DEADLINE TO FILE THE CONSOLIDATED COMPLAINT
Case No. 4:24-cv-08874-YGR