JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
TRISTAN K. ALLEN (SBN 335505)
tallen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendants
MARQETA, INC., SIMON KHALAF,
and MICHAEL MILOTICH

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION | Case No. 4:24-cv-08874-YGR <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers |

This Stipulation is entered into by and among lead plaintiff, Tyler Hogge ("Lead Plaintiff"), and defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich (collectively "Defendants"), through their respective attorneys of record.

WHEREAS, this is a complex class action securities lawsuit where Lead Plaintiff has filed a 80-page amended class action complaint (the "Amended Complaint") that challenges numerous allegedly false and misleading statements, made during a putative class period spanning from February 28, 2024 through November 4, 2024;

WHEREAS, Defendants intend to file a motion to dismiss the Amended Complaint by May 15, 2025;

WHEREAS, Defendants would rather avoid filing additional paper with the Court, but anticipate that briefing the numerous issues raised in the 80-page Amended Complaint will require more than the 25 pages permitted by Local Rule 7-4;

WHEREAS, all briefs related to the motion to dismiss shall be filed by July 10, 2025;

WHEREAS, Defendants requested and Lead Plaintiff agreed that Defendants should be permitted to file a motion to dismiss of no more than 30 pages; Lead Plaintiff should be permitted no more than 33 pages for its opposition to the motion to dismiss, and Defendants should be permitted no more than 20 pages for their reply in support of the motion to dismiss;

NOW THEREFORE, the page limit for Defendants' motion to dismiss is expanded to thirty (30) pages, the page limit for Lead Plaintiff's opposition thereto is expanded to thirty-three (33) pages, and the page limit for the Defendants' reply brief is expanded to twenty (20) pages.

**IT IS SO STIPULATED.**

Dated: May 6, 2025                Respectfully submitted,

By: */s/ Alexander Talarides*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
James N. Kramer
Alexander K. Talarides
Tristan K. Allen
405 Howard Street
San Francisco, CA 94105
Tel:  (415) 773-5700
Fax:  (415) 773-5759
Email: jkramer@orrick.com
          atalarides@orrick.com
          tallen@orrick.com

*Counsel for Defendants Marqeta, Inc.,
Simon Khalaf, and Michael Milotich*

Dated: May 6, 2025

By: */s/ Jason Krajcer*
**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Jason Krajcer
Christopher Fallon
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: rprongay@glancylaw.com
          jkrajcer@glancylaw.com
          cfallon@glancylaw.com

*Counsel for Lead Plaintiff Tyler Hogge
and Lead Counsel for the Class*

**\*\*\***

**ATTESTATION**

I, Alexander K. Talarides, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Page Limits for Motion to Dismiss Briefing.  In compliance with Local Civil Rule 5-1(h)(3), I hereby attest that Jason Krajcer has concurred with this filing.

          */s/ Alexander K. Talarides*
          ALEXANDER K. TALARIDES

2

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PAGE LIMITS

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:     May 6, 2025     , 2025                    _____
                                                     HON. YVONNE GONZALEZ ROGERS
                                                     UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS