JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Defendants
MARQETA, INC., SIMON KHALAF,
and MICHAEL MILOTICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION | Case No.: 4:24-cv-08874-YGR<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date:   September 30, 2025<br>Time:   2:00 p.m.<br>Judge:  Honorable Yvonne Gonzalez Rogers<br>Ctrm:   1, 4th Floor |

Defendants Marqeta, Inc. ("Marqeta" or the "Company"), Simon Khalaf, and Michael Milotich (the "Individual Defendants," and collectively with Marqeta, "Defendants"), respectfully request that the Court take judicial notice of the documents described below and attached hereto pursuant to the incorporation by reference doctrine, Federal Rule of Evidence 201, and other applicable law. This Request for Judicial Notice is made in support of Defendants' concurrently filed Motion to Dismiss Plaintiff's Amended Complaint (the "AC").

### DISCUSSION

On a motion to dismiss, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).

As detailed below, each of the documents described below and attached hereto is properly considered in connection with Defendants' Motions to Dismiss under (a) the incorporation by reference doctrine, (b) Federal Rule of Evidence 201, which permits the Court to consider information subject to judicial notice, or (c) both of these doctrines.

### I.    DOCUMENTS INCORPORATED BY REFERENCE

"[I]ncorporation by reference is a judicial doctrine that prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken or extinguish their claims." *In re Intel Corp. Sec. Litig.*, 2019 WL 1427660, at *6 (N.D. Cal. Mar. 29, 2019) (citing *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018)). "A defendant may seek to incorporate a document into the complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *Id*. "The court may treat such a document as 'part of the complaint'" and "may assume that its contents are true for purposes of a motion to dismiss under Rule 12(b)(6)." *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006) (quoting *U.S. v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003)); *see*, *e.g.*, *In re Bare Escentuals, Inc. Sec. Litig.*, 745 F. Supp. 2d 1052, 1066-67 (N.D. Cal. 2010) (holding that SEC filings, press releases and conference call transcripts that formed the basis of plaintiff's claims were incorporated by reference into the complaint).

In accordance with this doctrine, Defendants request that the Court consider the following documents, true and correct copies of which are attached hereto:

| Documents | Exhibit No. | AC Paragraph |
|---|---|---|
| Excerpts of Marqeta's 2023 Form 10-K filed with the SEC on February 28, 2024 | 1 | ¶¶ 44, 67-69, 80-81, 94, 104, 116, 119-122, 130, 140, 160, 179 |
| Excerpts of Marqeta's 2024 Form 10-K filed with the SEC on February 26, 2025 | 2 | ¶ 180 |
| Excerpts of Marqeta's 2024 Form 10-Q re Q1 2024 filed with the SEC on May 7, 2024 | 3 | ¶¶ 93-94, 129-130, 140 |
| Excerpts of Marqeta's Form 8-K re Q3 2024 financial results filed with the SEC on November 4, 2024 | 4 | ¶¶ 14, 105 |
| Transcript from Marqeta's Q4 2023 Earnings Conference Call on February 28, 2024 | 5 | ¶¶ 5-8, 73, 75, 79, 87, 115, 117, 123, 145-147, 159, 161 |
| Transcript from Marqeta's Q1 2024 Earnings Conference Call on May 7, 2024 | 6 | ¶¶ 10, 89, 125-128, 132 |
| Transcript from Marqeta's Q2 2024 Earnings Conference Call on August 7, 2024 | 7 | ¶¶ 13, 97, 133-138, 162-163 |
| Transcript from Marqeta's Q3 2024 Earnings Conference Call on November 4, 2024 | 8 | ¶¶ 15-17, 106-110, 136, 144, 149-152, 164, 168 |
| Excerpts of Investor Presentation at Marqeta's November 9, 2023 Investor Day | 9 | ¶¶ 76, 87, 96, 123, 131 |

Each of these documents is extensively referenced in the AC (as shown above) and/or forms the basis of Plaintiff's claims. Thus, the Court may consider these documents under the incorporation by reference doctrine. *See*, *e.g.*, *Azar v. Yelp, Inc.*, 2018 WL 6182756, at \*4 (N.D. Cal. Nov. 27, 2018) ("[I]t is appropriate to look to public[ly] filed SEC documents implicitly incorporated into a complaint" (quotations omitted)).

## II.     DOCUMENT SUBJECT TO JUDICIAL NOTICE

"Public records, such as SEC filings, are properly the subject of judicial notice, and routinely considered in deciding a motion to dismiss in a securities case." *In re Extreme Networks, Inc. S'holder Derivative Litig.*, 573 F. Supp. 2d 1228, 1231 n.2 (N.D. Cal. 2008) (citations omitted); *see*, *e.g.*, *In re Violin Memory Sec. Litig.*, 2014 WL 5525946, at \*6 (N.D. Cal. Oct. 31,

2014) (taking judicial notice of SEC filing that was not referred to in the complaint).

Courts may take judicial notice of SEC filings, such as Forms 10-K, 10-Q, and 8-K, as well as Forms 4, because the authenticity of those documents is not disputed and their accuracy cannot reasonably be questioned. *See* Fed. R. Evid. 201(b); *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (on motion to dismiss, courts may consider "any matter subject to judicial notice, such as SEC filings"); *Intel*, 2019 WL 1427660, at *7 ("SEC filings are routinely subject to judicial notice."); *Yelp*, 2018 WL 6182756, at *4 ("Courts in this circuit have routinely taken judicial notice of Forms 4 to determine whether insider stock sales raise an inference of scienter to support a § 10(b) action.").

Judicial notice provides an additional basis for the Court to consider Exhibits 1-4 which, as detailed above, were also incorporated by reference into the AC. In addition, Defendants request that the Court take judicial notice of the following documents filed with the SEC, true and correct copies of which are attached hereto:

| Documents | Exhibit No. |
|---|---|
| Excerpts of Marqeta's 2024 Form 10-Q re Q3 2024 filed with the SEC on November 4, 2024 | 10 |
| Excerpts of Marqeta's Form 8-K re Q1 2024 financial results filed with the SEC on May 7, 2024 | 11 |
| Excerpts of Marqeta's Form 8-K re Q2 2024 financial results filed with the SEC on August 7, 2024 | 12 |
| Excerpts of Marqeta's Form 8-K re Q4 2024 financial results filed with the SEC on February 26, 2025 | 13 |
| Form 4 for Simon Khalaf filed with the SEC on December 5, 2023 | 14 |
| Form 4 for Michael Milotich filed with the SEC on December 5, 2023 | 15 |
| Form 4 for Simon Khalaf filed with the SEC on September 4, 2024 | 16 |
| Form 4 for Michael Milotich filed with the SEC on September 4, 2024 | 17 |

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE, NO. 4:24-CV-08874-YGR

## III.    THE COURT MAY TAKE JUDICIAL NOTICE OF NEWS ARTICLES

Courts may properly take judicial notice of publicly available news articles on a motion to dismiss in securities cases to show "'that the market was aware of the information contained in [the] news articles.'"  *Intel*, 2019 WL 1427660, at *6 (quoting *Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999)); *see also In re Kalobios Pharm., Inc. Sec. Litig.*, 258 F. Supp. 3d 999, 1003 (N.D. Cal. 2017) (taking judicial notice of news articles not cited in complaint for purpose of showing market was aware of information in the articles). Defendants request that the Court take judicial notice of the following news article, a true and correct copy of which is attached hereto:

| Document | Exhibit No. |
|---|---|
| *Arkansas-based Evolve Bank confirms cyber attack and data breach*, published by *Reuters* on June 27, 2024, and available at https://www.reuters.com/sustainability/boards-policy-regulation/arkansas-based-evolve-bank-confirms-cyber-attack-data-breach-2024-06-26/ | 18 |

### CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of, and/or consider pursuant to the incorporation by reference doctrine and the legal authorities cited herein, Exhibits 1 through 18 attached hereto, and consider them in connection with its adjudication of the Defendants' contemporaneously filed Motion to Dismiss.

Dated:  May 15, 2025                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        */s/ James N. Kramer*
                                        JAMES N. KRAMER

                                        Attorneys for Defendants Marqeta, Inc.,
                                        Simon Khalaf, and Michael Milotich