# EXHIBIT 3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒   **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2024**

**OR**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-40465**

# Marqeta, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **27-4306690** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |
| **180 Grand Avenue, 6th Floor, Oakland, California** | **94612** |
| (Address of principal executive offices) | (Zip Code) |

**(877) 962-7738**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Class A common stock, $0.0001 par value per share** | **MQ** | **The Nasdaq Stock Market LLC** |
| | | **(Nasdaq Global Select Market)** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 (the "Exchange Act") during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of May 3, 2024, there were 463,882,609 shares of the registrant's Class A common stock, par value $0.0001 per share, outstanding and 54,229,499 shares of the registrant's Class B common stock, par value $0.0001 per share, outstanding.

Table of Contents

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

*Recent Sales of Unregistered Securities*

None.

*Purchase of Equity Securities*

The following table contains information relating to the repurchases of our Class A common stock made by us in the three months ended March 31, 2024:

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs (1) | Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs (1) |
|---|---|---|---|---|
| January 1 - 31, 2024 | 2,573,351 | $  6.09 | 2,573,351 | $  16,568,932 |
| February 1 - 29, 2024 | 2,590,017 | $  6.22 | 2,590,017 | $  465,667 |
| March 1 - 31, 2024 | 74,525 | $  6.25 | 74,525 | $  - |
| Total | 5,237,893 | | 5,237,893 | |

(1) On May 8, 2023, our board of directors authorized a share repurchase program of up to $200 million of our Class A common stock beginning May 11, 2023. Under the repurchase program, we are authorized to repurchase shares through open market purchases, in privately negotiated transactions or by other means, in accordance with applicable federal securities laws, including through trading plans under Rule 10b5-1 of the Exchange Act. The share repurchase program has no set expiration date; however, the program was exhausted during the first quarter of 2024.

**Item 3. Defaults Upon Senior Securities**

Not applicable.

**Item 4. Mine Safety Disclosures**

Not applicable.

**Item 5. Other Information**

(c) During our last fiscal quarter, no director or officer, as defined in Rule 16a-1(f) of the Exchange Act, adopted or terminated a "Rule 10b5-1 trading arrangement" or a "non-Rule 10b5-1 trading arrangement," each as defined in Item 408 of Regulation S-K.

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**MARQETA, INC.**

| | | |
|---|---|---|
| **Date:** May 7, 2024 | **By:** | /s/ Simon Khalaf |
| | **Name:** | Simon Khalaf |
| | **Title:** | Chief Executive Officer (Principal Executive Officer) |
| | | |
| **Date:** May 7, 2024 | **By:** | /s/ Michael (Mike) Milotich |
| | **Name:** | Michael (Mike) Milotich |
| | **Title:** | Chief Financial Officer (Principal Financial Officer and Principal Accounting Officer) |

38