# EXHIBIT 9

# Marqeta Investor Day

**November 9, 2023**



# Safe Harbor Statement

This Marqeta Investor Day presentation contains "forward-looking statements" within the meaning of the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995. Forward-looking statements expressed or implied in this presentation include, but are not limited to, statements regarding our addressable market and our expected market opportunity, including the size and expected growth of addressable markets, our business strategy, our expected accounting treatment and changes to revenue and gross profit, our products and their capabilities, and our future operations.

All statements other than statements of historical fact contained in this presentation may be deemed to be forward-looking statements. These forward-looking statements are subject to a number of risks, uncertainties, and assumptions including those found in our most recent Form 10-K or Form 10-Q filed with the Securities and Exchange Commission, available at www.sec.gov and Marqeta's website at http://investors.marqeta.com.

In light of these risks, uncertainties, and assumptions, the forward-looking statements discussed in this presentation are inherently uncertain and may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. Accordingly, you should not place undue reliance on these statements. All forward-looking statements are based on information and estimates available to Marqeta at the time of this Investor Day. Marqeta disclaims any obligation to update or revise any forward-looking statements, to conform these statements to actual results, or to make changes in Marqeta's expectations, except as required by law.

Please see the Appendix starting on page 102 for further information and disclosures.



# Today's Agenda



**00** • **Opening Remarks**
*Stacey Finerman, Investor Relations*

**01** • **Marqeta Overview**
*Simon Khalaf, CEO*

**02** • **Market Opportunity**
*Simon Khalaf, CEO*

**03** • **The Marqeta Platform**
*Todd Pollak, CRO*

**04** • **The Future of Credit**
*Randy Fernando, Credit Product*

**05** • **Go-to-Market Strategy**
*Todd Pollak, CRO*

**06** • **Solutions at Scale**
*Sarah Hauber, Solutions and Delivery*

**07** • **Financial Overview**
*Mike Milotich, CFO*

**08** • **Closing Remarks**
*Mike Milotich, CFO*



# Our pre-configured solutions can reduce the time to launch dramatically



**Configurability**

Flexible

Predefined

**Accelerate Time-to-Market**

**Program Management**

**Cardholder Acquisition Flow**

**Template Marketing Collateral**

**Program Foundation**

**Type of Card**

**Funding Model**

**Bank Partner**

**Network**

 MARQETA

66

# We now have eight pre-configured solutions

| | | | |
|---|---|---|---|
| **Consumer Banking** | **Consumer Secure Credit** | **Consumer Unsecured Credit** | **Virtual B2B Prepaid** |
| **Commercial Banking** | **Commercial Secure Card / Charge Card** | **Commercial Unsecured Credit** | **Expense Prepaid** |



67

# The benefits of pre-configured solutions for the customer are clear



**Quicker Time-to-Value**
Cuts implementation time



**Clear Decision-Making**
Where the customer should customize is pre-defined



**Scalable**
Agnostic across bank and network partners



**Full Functionality**
Captures the core needs of a program to have a minimal viable product



# Sales Bookings generally take 18-24 months post contract execution to generate meaningful Net Revenue

**Contract Signature**

**Onboarding**

**In Production**

Program Approval (Bank + Network)

Card Design

Final Configuration

Production Testing

Soft Launch

Market Launch (General Availability)

Volume Ramp

**~6 months**

**3-6 months**

**12 months (Sales Booking Value)**



**MARQETA**

Sales Bookings are measured by Year 1 Net Revenue
Customers can launch in as quickly as ~6 months; The 9-12 months depicted above is the average