# EXHIBIT 10

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2024**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-40465**

# Marqeta, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **27-4306690** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |
| **180 Grand Avenue, 6th Floor, Oakland, California** | **94612** |
| (Address of principal executive offices) | (Zip Code) |

**(877) 962-7738**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Class A common stock, $0.0001 par value per share** | **MQ** | **The Nasdaq Stock Market LLC** |
| | | **(Nasdaq Global Select Market)** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 (the "Exchange Act") during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of October 31, 2024, there were 465,903,664 shares of the registrant's Class A common stock, par value $0.0001 per share, outstanding and 36,490,749 shares of the registrant's Class B common stock, par value $0.0001 per share, outstanding.

Table of Contents

**10.**
**Stockholders' Equity Transactions**

*Share Repurchase Programs*

On May 6, 2024, the Company's board of directors authorized a share repurchase program of up to $200 million of the Company's Class A common stock (the "2024 Share Repurchase Program"). Under the 2024 Share Repurchase Program, the Company is authorized to repurchase shares through open market purchases, in privately negotiated transactions or by other means, in accordance with applicable federal securities laws, including through trading plans under Rule 10b5-1 of the Exchange Act. The number of shares repurchased and the timing of purchases are based on general business and market conditions, and other factors, including legal requirements. The 2024 Share Repurchase Program has no set expiration date.

During the three and nine months ended September 30, 2024, the Company repurchased approximately 9.4 million and 20.4 million shares in the open market and in privately negotiated transactions for $48.4 million and $107.5 million under the 2024 Share Repurchase Program, for an average price of $5.15 and $5.28, respectively. The total price of the shares repurchased and the related transaction costs and excise taxes of $0.5 million and $1.2 million during the three and nine months ended September 30, 2024 are reflected as a reduction to Common stock and Additional paid-in capital on the Company's Condensed Consolidated Balance Sheets. As of September 30, 2024, $92.5 million remained available for future share repurchases under the 2024 Share Repurchase Program.

Under the share repurchase program authorized in May 2023 (the "2023 Share Repurchase Program"), the Company repurchased 5.2 million shares in the open market for $32.8 million at an average price of $6.27 during the nine months ended September 30, 2024. During the three and nine months ended September 30, 2023, the Company repurchased 11.5 million and 21.6 million shares in the open market for $64.4 million and $112.9 million under the 2023 Share Repurchase Program, for an average price of $5.62 and $5.22, respectively. Repurchases under the 2023 Share Repurchase Program were completed as of March 31, 2024.

*Common Stock Conversions*

During the second quarter of 2024, a shareholder voluntarily converted 17.7 million outstanding shares of Class B common stock into shares of Class A common stock on a one-for-one basis. The rights, including the liquidation and dividend rights, of the holders of Class A common stock and Class B common stock are identical, except with respect to voting as Class A common stock holders are entitled to
one vote per share while Class B common stock holders are entitled to 10 votes per share.

**11.**
**Net (Loss) Income Per Share Attributable to Common Stockholders**

Basic net (loss) income per share is computed by dividing the net (loss) income by the weighted-average number of shares of common stock outstanding during the period. Diluted net (loss) income per share is computed by dividing net (loss) income by the weighted-average number of shares of common stock outstanding adjusted for the dilutive effect of all potential shares of common stock. In periods when the Company reported a net loss, diluted net loss per share is the same as basic net loss per share because the effects of potentially dilutive items were anti-dilutive.

Table of Contents

### SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**MARQETA, INC.**

| | | | |
|---|---|---|---|
| **Date:** November 4, 2024 | **By:** | /s/ Simon Khalaf | |
| | **Name:** | Simon Khalaf | |
| | **Title:** | Chief Executive Officer (Principal Executive Officer) | |
| | | | |
| **Date:** November 4, 2024 | **By:** | /s/ Michael (Mike) Milotich | |
| | **Name:** | Michael (Mike) Milotich | |
| | **Title:** | Chief Financial Officer (Principal Financial Officer and Principal Accounting Officer) | |

44