# EXHIBIT 15

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Milotich Michael | Marqeta, Inc. [ MQ ] | |

1. Name and Address of Reporting Person*

Milotich Michael

(Last)    (First)    (Middle)

180 GRAND AVENUE

6TH FLOOR

(Street)

OAKLAND    CA    94612

(City)    (State)    (Zip)

2. Issuer Name **and** Ticker or Trading Symbol

Marqeta, Inc. [ MQ ]

3. Date of Earliest Transaction (Month/Day/Year)

12/01/2023

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Financial Officer

6. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person

☐ Form filed by More than One Reporting Person

Rule 10b5-1(c) Transaction Indication

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 12/01/2023 | | M[1] | | 28,670 | A | $0[1] | 248,658 | D | |
| Class A Common Stock | 12/01/2023 | | F[2] | | 14,215[2] | D | $6.37 | 234,443 | D | |
| Class A Common Stock | 12/01/2023 | | M[1] | | 25,406 | A | $0[1] | 259,849 | D | |
| Class A Common Stock | 12/01/2023 | | F[2] | | 12,597[2] | D | $6.37 | 247,252 | D | |
| Class A Common Stock | 12/01/2023 | | M[1] | | 23,755 | A | $0[1] | 271,007 | D | |
| Class A Common Stock | 12/01/2023 | | F[2] | | 11,778[2] | D | $6.37 | 259,229 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | [3] | 12/01/2023 | | M[1] | | | 28,670 | [4] | [4] | Class A Common Stock | 28,670 | $0 | 258,027 | D | |
| Restricted Stock Units | [3] | 12/01/2023 | | M[1] | | | 25,406 | [4] | [4] | Class A Common Stock | 25,406 | $0 | 228,659 | D | |
| Restricted Stock Units | [3] | 12/01/2023 | | M[1] | | | 23,755 | [5] | [5] | Class A Common Stock | 23,755 | $0 | 213,797 | D | |

**Explanation of Responses:**

1. Transaction exempt from Section 16(b) of the Securities Exchange Act of 1934 (the "Act") pursuant to Rule 16b-6(b) promulgated under the Act.

2. Represents shares that have been withheld by the Issuer to satisfy tax withholding and remittance obligations in connection with the net settlement of vested restricted stock units and not a market transaction. Transaction exempt from Section 16(b) of the Act pursuant to Rule 16b-3(e) promulgated under the Act.

3. Each restricted stock unit is convertible into one share of Class A Common Stock.

4. One-fourth (1/4th) of the restricted stock units vested on March 1, 2023 and one-sixteenth (1/16th) of the remaining restricted stock units vest quarterly on each June 1, September 1, December 1, and March 1 thereafter, subject to the Reporting Person's continued service to the Issuer as of each vesting date.

5. One-twelfth (1/12th) of the restricted stock units vested on March 1, 2023 and one twelfth (1/12th) of the remaining restricted stock units vest quarterly on each June 1, September 1, December 1, and March 1 thereafter, subject to the Reporting Person's continued service to the Issuer as of each vesting date.

**Remarks:**

| | |
|---|---|
| /s/ Tracy Foard, Attorney-in-Fact | 12/05/2023 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**