Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Jason L. Krajcer (SBN 234235)
  *jkrajcer@glancylaw.com*
Christopher R. Fallon (SBN 235684)
  *cfallon@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Tyler Hogge and Lead
Counsel for the Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION, | Case No. 4:24-cv-08874-YGR |
| | **STIPULATION EXTENDING CERTAIN DEADLINES** |

Lead Plaintiff Tyler Hogge ("Lead Plaintiff") and Defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich ("Defendants," and together with Lead Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on March 19, 2025 the Court entered an order granting the Parties' stipulation which required Lead Plaintiff to file a consolidated complaint on or before April 10, 2025, Defendants to respond to the consolidated complaint on or before May 15, 2025, and "[i]n the event that Defendants move to dismiss the consolidated complaint, the lead plaintiff shall file an opposition to the motion to dismiss on or before June 19, 2025; and Defendants shall file a reply to any opposition by July 10, 2025" (Dkt No. 44);

WHEREAS, counsel for Lead Plaintiff was unaware that June 19, 2025 was the federal holiday for "Juneteenth" and counsel for Lead Plaintiff's office is closed for the holiday and thus support staff will not be available to assist with the filing;

WHEREAS, counsel for Lead Plaintiff has been diligently preparing an opposition to Defendants' motion to dismiss;

WHEREAS, counsel for Lead Plaintiff requested from Defendants a stipulated extension of one day to file Lead Plaintiff's opposition and Defendant's reply, and the Parties, having conferred have agreed on the following schedule; and

WHEREAS, counsel for Lead Plaintiff has also submitted a declaration herewith setting forth good cause and detailed reasons for the requested relief;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, subject to the Court's approval, as follows:

1.    Lead Plaintiff shall file an opposition to the motion to dismiss on or before June 20, 2025; and

2.    Defendants shall file a reply to any opposition by July 11, 2025.

DATED:  June 16, 2025                    **GLANCY PRONGAY & MURRAY LLP**

By: */s/ Jason L. Krajcer*
Robert V. Prongay
Jason L. Krajcer

Christopher R. Fallon
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
          jkrajcer@glancylaw.com
          cfallon@glancylaw.com

*Counsel for Lead Plaintiff Tyler Hogge Lead Counsel for the Class*

**ORRICK HERRINGTON & SUTCLIFFE LLP**

By: */s/ Alexander K. Talarides*
James N. Kramer
Alexander K. Talarides
Tristan K. Allen
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Email: jkramer@orrick.com
          atalarides@orrick.com
          tallen@orrick.com

*Counsel for Defendants*

## ATTESTATION OF CONCURRENCE

I, Jason L. Krajcer attest pursuant to Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: June 16, 2025                    */s/ Jason L. Krajcer*
                                                    Jason L. Krajcer

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: June 17, 2025

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE