Robert V. Prongay (SBN 270796)
    *rprongay@glancylaw.com*
  Jason L. Krajcer (SBN 234235)
  *jkrajcer@glancylaw.com*
Christopher R. Fallon (SBN 235684)
  *cfallon@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP 1925
Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION, | Case No. 4:24-cv-08874-YGR<br><br>**DECLARATION OF JASON L. KRAJCER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:    September 30, 2025<br>Time:    2:00 p.m.<br>Judge:   Honorable Yvonne Gonzalez Rogers<br>Ctrm:    1, 4th Floor |

DECLARATION OF JASON L. KRAJCER
Case No. 4:24-cv-08874-YGR

**DECLARATION OF JASON L. KRAJCER**

I, Jason L. Krajcer, hereby declare:

1.      I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner at the law firm of Glancy Prongay & Murray LLP, Lead Counsel for Lead Plaintiff Tyler Hogge and the putative Class in the above-captioned matter. I have personal knowledge of the matters stated in this declaration. I could and would testify competently about the following if called to do so.

2.      Attached as **Exhibit A** is a true and correct copy of the transcript of Marqeta's February 26, 2025 FY 2024 Earnings Call.

3.      Attached as **Exhibit B** is a true and correct copy of the Form 4 filed with the SEC on March 5, 2024 on behalf of Defendant Khalaf.

4.      Attached as **Exhibit C** is a true and correct copy of the Form 4 filed with the SEC on June 5, 2024 on behalf of Defendant Khalaf.

5.      Attached as **Exhibit D** is a true and correct copy of the Form 4 filed with the SEC on March 5, 2024 on behalf of Defendant Milotich.

6.      Attached as **Exhibit E** is a true and correct copy of the Form 4 filed with the SEC on June 5, 2024 on behalf of Defendant Milotich.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in Los Angeles, California, on June 20, 2025.

*/s/ Jason L. Krajcer*
Jason L. Krajcer

DECLARATION OF JASON L. KRAJCER                                                              1
CASE NO. 4:24-CV-08874-YGR

**PROOF OF SERVICE**

I hereby certify that on this 20th day of June, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<span style="float:right">*s/ Jason L. Krajcer*<br>Jason L. Krajcer</span>

DECLARATION OF JASON L. KRAJCER
CASE NO. 4:24-CV-08874-YGR