# EXHIBIT D

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Milotich Michael | Marqeta, Inc. [ MQ ] | Director ____ 10% Owner ____ |
| (Last)    (First)    (Middle) | | X Officer (give title below) ____ Other (specify below) ____ |
| 180 GRAND AVENUE 6TH FLOOR | 3. Date of Earliest Transaction (Month/Day/Year) 03/01/2024 | Chief Financial Officer |
| (Street) OAKLAND    CA    94612 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)    (State)    (Zip) | | X Form filed by One Reporting Person Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 03/01/2024 | | M[(1)] | | 28,669 | A | $0[(1)] | 287,898 | D | |
| Class A Common Stock | 03/01/2024 | | F[(2)] | | 10,230[(2)] | D | $6.4 | 277,668 | D | |
| Class A Common Stock | 03/01/2024 | | M[(1)] | | 25,407 | A | $0[(1)] | 303,075 | D | |
| Class A Common Stock | 03/01/2024 | | F[(2)] | | 9,066[(2)] | D | $6.4 | 294,009 | D | |
| Class A Common Stock | 03/01/2024 | | M[(1)] | | 23,755 | A | $0[(1)] | 317,764 | D | |
| Class A Common Stock | 03/01/2024 | | F[(2)] | | 8,476[(2)] | D | $6.4 | 309,288 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | (3) | 03/01/2024 | | M[(1)] | | | 28,669 | (4) | (4) | Class A Common Stock | 28,669 | $0 | 229,358 | D | |
| Restricted Stock Units | (3) | 03/01/2024 | | M[(1)] | | | 25,407 | (4) | (4) | Class A Common Stock | 25,407 | $0 | 203,252 | D | |
| Restricted Stock Units | (3) | 03/01/2024 | | M | | | 23,755 | (5) | (5) | Class A Common Stock | 23,755 | $0 | 190,042 | D | |

**Explanation of Responses:**

1. Transaction exempt from Section 16(b) of the Securities Exchange Act of 1934 (the "Act") pursuant to Rule 16b-6(b) promulgated under the Act.

2. Represents shares that have been withheld by the Issuer to satisfy tax withholding and remittance obligations in connection with the net settlement of vested restricted stock units and not a market transaction. Transaction exempt from Section 16(b) of the Act pursuant to Rule 16b-3(e) promulgated under the Act.

3. Each restricted stock unit is convertible into one share of Class A Common Stock.

4. One-fourth (1/4th) of the restricted stock units vested on March 1, 2023 and one-sixteenth (1/16th) of the remaining restricted stock units vest quarterly on each June 1, September 1, December 1, and March 1 thereafter, subject to the Reporting Person's continued service to the Issuer as of each vesting date.

5. One-twelfth (1/12th) of the restricted stock units vested on March 1, 2023, and 1/12th of the remaining restricted stock units vest on each June 1, September 1, December 1, and March 1 thereafter, subject to the Reporting Person's continued service with the Issuer as of each vesting date.

**Remarks:**

/s/ Tracy Foard, Attorney-in-Fact     03/05/2024

\*\* Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**