1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
6
   Attorneys for Defendants
7  MARQETA, INC., SIMON KHALAF,
   and MICHAEL MILOTICH
8
9  *[Additional Counsel on Signature Page]*

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE MARQETA, INC. SECURITIES LITIGATION | Case No. 4:24-cv-08874-YGR<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |
|---|---|

1   This Stipulation is entered into by and among lead plaintiff Tyler Hogge ("Plaintiff") and defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich (collectively "Defendants," and together with Plaintiff, the "Parties"), through their respective attorneys of record.

WHEREAS, on April 10, 2025, Plaintiff filed an amended class action complaint (the "Amended Complaint") alleging violations of federal securities laws (ECF No. 47);

WHEREAS, on May 15, 2025, Defendants filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss") and noticed a hearing on that motion for September 30, 2025, at 2 p.m. (ECF No. 51);

WHEREAS, Plaintiff filed an opposition to Defendants' Motion to Dismiss on June 20, 2025 (ECF No. 55) and Defendants filed a reply in support of their Motion to Dismiss on July 11, 2025 (ECF No. 59);

WHEREAS, in an effort to resolve this action, the Parties have agreed to participate in a mediation scheduled for November 3, 2025;

WHEREAS, the Parties have conferred and agree that there is good cause to continue the upcoming hearing on Defendants' Motion to Dismiss until some time after the scheduled mediation to allow the Parties to discuss the potential resolution of this action.

NOW THEREFORE, subject to this Court's approval, the Parties hereby stipulate and agree that the hearing on Defendants' Motion to Dismiss shall be continued to January 13, 2026, at 2 p.m., or some date and time thereafter as the Court may order.

**IT IS SO STIPULATED.**

Dated: September 2, 2025     Respectfully submitted,

By: */s/ Alexander K. Talarides*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
James N. Kramer
Alexander K. Talarides
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759
Email: jkramer@orrick.com
atalarides@orrick.com

*Counsel for Defendants Marqeta, Inc.,*
*Simon Khalaf, and Michael Milotich*

Dated: September 2, 2025

By: */s/ Jason Krajcer*
**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Jason Krajcer
Christopher Fallon
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: rprongay@glancylaw.com
jkrajcer@glancylaw.com
cfallon@glancylaw.com

*Counsel for Lead Plaintiff Tyler Hogge*
*and Lead Counsel for the Class*

\*\*\*

## ATTESTATION

I, Alexander K. Talarides, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing Date for Motion to Dismiss. In compliance with Local Civil Rule 5-1(h)(3), I hereby attest that Jason Krajcer has concurred with this filing.

/s/ *Alexander K. Talarides*
ALEXANDER K. TALARIDES

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2025

                                                   _____
                                                   HON. YVONNE GONZALEZ ROGERS
                                                   UNITED STATES DISTRICT JUDGE