JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendants
MARQETA, INC., SIMON KHALAF,
and MICHAEL MILOTICH

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION | Case No. 4:24-cv-08874-YGR<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

This Stipulation is entered into by and among lead plaintiff Tyler Hogge ("Plaintiff") and defendants Marqeta, Inc., Simon Khalaf, and Michael Milotich (collectively "Defendants," and together with Plaintiff, the "Parties"), through their respective attorneys of record.

WHEREAS, on April 10, 2025, Plaintiff filed an amended class action complaint (the "Amended Complaint") alleging violations of federal securities laws (ECF No. 47);

WHEREAS, on May 15, 2025, Defendants filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss") and noticed a hearing on that motion for September 30, 2025, at 2 p.m. (ECF No. 51);

WHEREAS, Plaintiff filed an opposition to Defendants' Motion to Dismiss on June 20, 2025 (ECF No. 55) and Defendants filed a reply in support of their Motion to Dismiss on July 11, 2025 (ECF No. 59);

WHEREAS, in an effort to resolve this action, the Parties have agreed to participate in a mediation scheduled for November 3, 2025;

WHEREAS, the Parties have conferred and agree that there is good cause to continue the upcoming hearing on Defendants' Motion to Dismiss until some time after the scheduled mediation to allow the Parties to discuss the potential resolution of this action.

NOW THEREFORE, subject to this Court's approval, the Parties hereby stipulate and agree that the hearing on Defendants' Motion to Dismiss shall be continued to January 13, 2026, at 2 p.m., or some date and time thereafter as the Court may order.

**IT IS SO STIPULATED.**

Dated: September 2, 2025                    Respectfully submitted,

                                           By: */s/ Alexander K. Talarides*
                                           **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                           James N. Kramer
                                           Alexander K. Talarides
                                           405 Howard Street
                                           San Francisco, CA 94105
                                           Tel:  (415) 773-5700
                                           Fax:  (415) 773-5759
                                           Email: jkramer@orrick.com
                                                  atalarides@orrick.com

                                           *Counsel for Defendants Marqeta, Inc.,*
                                           *Simon Khalaf, and Michael Milotich*


Dated: September 2, 2025
                                           By: */s/ Jason Krajcer*
                                           **GLANCY PRONGAY & MURRAY LLP**
                                           Robert V. Prongay
                                           Jason Krajcer
                                           Christopher Fallon
                                           1925 Century Park East, Suite 2100
                                           Los Angeles, California 90067
                                           Tel: (310) 201-9150
                                           Fax: (310) 201-9160
                                           Email: rprongay@glancylaw.com
                                                   jkrajcer@glancylaw.com
                                                  cfallon@glancylaw.com

                                           *Counsel for Lead Plaintiff Tyler Hogge*
                                           *and Lead Counsel for the Class*


                                           **\*\*\***

                                    **ATTESTATION**

I, Alexander K. Talarides, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing Date for Motion to Dismiss.  In compliance with Local Civil Rule 5-1(h)(3), I hereby attest that Jason Krajcer has concurred with this filing.

                                           /s/ *Alexander K. Talarides*
                                           ALEXANDER K. TALARIDES

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____September 2_ , 2025

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON MOTION TO DISMISS