JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendants
MARQETA, INC., SIMON KHALAF,
and MICHAEL MILOTICH

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION | Case No. 4:24-cv-08874-YGR |
| | <u>CLASS ACTION</u> |
| | **JOINT STATUS REPORT** |
| | Judge:  Hon. Yvonne Gonzalez Rogers |

Lead Plaintiff Tyler Hogge ("Plaintiff") and Defendants Marqeta, Inc. ("Marqeta"), Simon Khalaf, and Michael Milotich (collectively "Defendants," and together with Plaintiff, the "Parties"), respectfully submit this Joint Status Report to update the Court following the private mediation session held on November 3, 2025.

The Parties have agreed to the material terms of a settlement, which includes, and is subject to a due diligence process whereby Plaintiff will be provided document discovery and will conduct an interview with a representative of Marqeta to confirm the adequacy of the settlement. Simultaneously with this process, the Parties will negotiate the Stipulation and Agreement of Settlement, as well as the ancillary documents, including the Preliminary Approval Order, Long Notice, Summary Notice, Postcard Notice, Claim Form, Judgment, and Supplemental Agreement, and other supporting documents. Within a reasonable time following the execution of the Stipulation, Plaintiff will file a Motion for Preliminary Approval of Class Action Settlement with the Court.

Having met and conferred, the Parties believe that they will be able to complete the due diligence process, finish documenting the settlement and, assuming the settlement is not terminated following the due diligence process, file the Motion for Preliminary Approval by March 31, 2026. Accordingly, the Parties respectfully request that the Court: (i) stay the action; (ii) continue the hearing on Defendants' motion to dismiss currently scheduled for January 13, 2026 (Dkt No. 62); and (iii) order Plaintiff to file the Motion for Preliminary Approval by March 31, 2026, or, if the Parties cannot meet that deadline, for the Parties to jointly provide the Court with an update at that time.

JOINT STATUS REPORT

Dated: November 26, 2025

Respectfully submitted,

By: */s/ Alexander K. Talarides*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
James N. Kramer
Alexander K. Talarides
405 Howard Street
San Francisco, CA 94105
Tel:  (415) 773-5700
Fax:  (415) 773-5759
Email: jkramer@orrick.com
          atalarides@orrick.com

*Counsel for Defendants Marqeta, Inc.,*
*Simon Khalaf, and Michael Milotich*

Dated: November 26, 2025

By: */s/ Jason Krajcer*
**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Jason Krajcer
Christopher Fallon
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: rprongay@glancylaw.com
          jkrajcer@glancylaw.com
          cfallon@glancylaw.com

*Counsel for Lead Plaintiff Tyler Hogge*
*and Lead Counsel for the Class*

\*\*\*

**ATTESTATION**

I, Alexander K. Talarides, am the ECF User whose ID and password are being used to file this Joint Status Report and [Proposed] Order.  In compliance with Local Civil Rule 5-1(h)(3), I hereby attest that Jason Krajcer has concurred with this filing.

/s/ *Alexander K. Talarides*
ALEXANDER K. TALARIDES

2

**[PROPOSED] ORDER; AS AMENDED BY THE COURT**

**PURSUANT TO STIPULATION,** the Court hereby **ORDERS** as follows:

1. The case is **STAYED** pending further Order of this Court;

2. Defendants' motion to dismiss plaintiff's amended complaint (Dkt. No. 51) is deemed **WITHDRAWN** without prejudice to refile if the settlement is not finalized; and

3. Plaintiff shall file a motion for preliminary approval of class action settlement by March 31, 2026, or, if the parties cannot meet that deadline, the parties shall jointly provide the Court with an update at that time.

**IT IS SO ORDERED**.

Dated: _____December 4_ , 2025

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE