Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Jason L. Krajcer (SBN 234235)
  jkrajcer@glancylaw.com
Christopher R. Fallon (SBN 234685)
  cfallon@glancylaw.com
GLANCY PRONGAY WOLKE & ROTTER LLP
1925 Century Park E., Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160

*Counsel for Lead Plaintiff Tyler Hogge and Lead Counsel for the Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARQETA, INC. SECURITIES LITIGATION | Case No. 4:24-cv-08874-YGR |
| | CLASS ACTION |
| | **JOINT STATUS REPORT** |
| | Judge:  Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Order entered December 4, 2025 (ECF No. 64), Lead Plaintiff Tyler Hogge ("Plaintiff") and Defendants Marqeta, Inc. ("Marqeta"), Simon Khalaf, and Michael Milotich (collectively "Defendants," and together with Plaintiff, the "Parties"), respectfully submit this Joint Status Report to update the Court on the status of the settlement.

The Parties conducted and have now completed the due diligence process referenced in the Parties' earlier Status Report, including document discovery and an interview with a representative of Marqeta, to confirm the adequacy of the settlement. ECF No. 63. The Parties have also been diligently negotiating the Stipulation and Agreement of Settlement and several documents related thereto, including the proposed Preliminary Approval Order, Long Notice, Summary Notice, Postcard Notice, Claim Form, Judgment, and Supplemental Agreement. In addition, Plaintiffs are continuing to draft the Preliminary Approval Motion as set forth in the Parties' earlier Status Report. *Id*.

Having met and conferred, the Parties believe that they will be able to finish documenting the settlement, which requires input from several constituencies, including Defendants' D&O liability insurers, and file the Motion for Preliminary Approval by May 15, 2026. Accordingly, the Parties respectfully request that the Court order Plaintiff to file the Motion for Preliminary Approval by May 15, 2026, or, if the Parties cannot meet that deadline, for the Parties to jointly provide the Court with an update at that time.

///

///

///

///

///

///

///

1
JOINT STATUS REPORT

Dated: March 30, 2026

Respectfully submitted,

By: */s/ Alexander K. Talarides*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
James N. Kramer
Alexander K. Talarides
405 Howard Street
San Francisco, CA 94105
Tel:  (415) 773-5700
Fax:  (415) 773-5759
Email: jkramer@orrick.com
　　　　atalarides@orrick.com

*Counsel for Defendants Marqeta, Inc.,*
*Simon Khalaf, and Michael Milotich*

Dated: March 30, 2026

By: */s/ Christopher R. Fallon*
**GLANCY PRONGAY WOLKE & ROTTER LLP**
Robert V. Prongay
Jason L. Krajcer
Christopher R. Fallon
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: rprongay@glancylaw.com
　　　　jkrajcer@glancylaw.com
　　　　cfallon@glancylaw.com

*Counsel for Lead Plaintiff Tyler Hogge*
*and Lead Counsel for the Class*

\*\*\*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____ March 31 __, 2026

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 30th day of March, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/  Christopher R. Fallon*
Christopher R. Fallon